# EXHIBIT A

# EXHIBIT A

## HOLLY STROH

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |
| Virgin Records America, Inc. | Ben Harper | Excuse Me Mr. | Fight For Your Mind | 210-135 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Never Keeping Secrets | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Forever | Daydream | 215-243 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| UMG Recordings, Inc. | Avant | Get Away | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Love Takes Time | Mariah Carey | 118-408 |
| Arista Records LLC | Carolyn Dawn Johnson | Complicated | Room with a View | 301-081 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |