# EXHIBIT B

Case 2:05-cv-00598-MEF-VPM    Document 1-3    Filed 06/24/2005    Page 1 of 10

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Otis Redding - My Girl.mp3 | Otis Redding | 2,723kB | Audio |
| Blazin_Cutie524@fileshare | These Arms Of Mine.mp3 | Otis Redding | 2,677kB | Audio |
| Blazin_Cutie524@fileshare | Otis Redding - Stand By Me.mp3 | Otis Redding | 2,729kB | Audio |
| Blazin_Cutie524@fileshare | avril lavigne - don't tell me.mp3 | Avril Lavigne | 3,751kB | Audio |
| Blazin_Cutie524@fileshare | Nine Days - Weekend Excursion.mp3 | Nine Days | 2,787kB | Audio |
| Blazin_Cutie524@fileshare | Alternative - Staind - open your eyes.mp3 | Staind | 3,647kB | Audio |
| Blazin_Cutie524@fileshare | Sara Evans - Things I Hate About You.mp3 | Sara Evans | 2,829kB | Audio |
| Blazin_Cutie524@fileshare | Sara Evans - Back Seat Of A Greyhound Bus.mp3 | Sara Evans | 1,679kB | Audio |
| Blazin_Cutie524@fileshare | (03) Usher - Throwback.wma | Usher | 2,400kB | Audio |
| Blazin_Cutie524@fileshare | Sara Evans - Born To Fly.mpeg | Unknown | 47,026kB | Video |
| Blazin_Cutie524@fileshare | Bend and Not Break.wma | Dashboard Confessional | 4,829kB | Audio |
| Blazin_Cutie524@fileshare | 112_sammie - cross my heart.mp3 | 112_sammie | 3,648kB | Audio |
| Blazin_Cutie524@fileshare | Sammie - Crazy Things I Do.mp3 | Sammie | 2,373kB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{4B992D5F-4411-4508-B2B9-FC00BC550786}_L... | Unknown | 8kB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{4B992D5F-4411-4508-B2B9-FC00BC550786}_... | Unknown | 2kB | Image |
| Blazin_Cutie524@fileshare | Hootie And The Blowfish - Hold My Hand.mp3 | Hootie And The Blowfish | 3,457kB | Audio |
| Blazin_Cutie524@fileshare | Dixie Chicks - Cowboy Take Me Away.mp3 | dixie chicks | 2,273kB | Audio |
| Blazin_Cutie524@fileshare | The starting line- Forever in a day.mp3 | The Starting Line | 4,254kB | Audio |
| Blazin_Cutie524@fileshare | Starting Line - Break Up Day.mp3 | STaRTiNG LiNe | 3,649kB | Audio |
| Blazin_Cutie524@fileshare | Dixie Chicks - Strawberry Wine.mp3 | Dixie Chicks | 3,038kB | Audio |
| Blazin_Cutie524@fileshare | Dixie Chicks - Sometimes I Cry.mp3 | Dixie Chicks | 3,400kB | Audio |
| Blazin_Cutie524@fileshare | Jessica Simpson - Sweet Kisses (1).mp3 | Jessica Simpson | 3,180kB | Audio |
| Blazin_Cutie524@fileshare | Dixie Chicks - Traveling Soldier.mp3 | Dixie Chicks | 4,228kB | Audio |
| Blazin_Cutie524@fileshare | SemiSonic - Closing Time.mp3 | Semisonic | 3,808kB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{E92F4F22-1934-4844-ADD7-99DAB2E42066}_... | Unknown | 9kB | Image |
| Blazin_Cutie524@fileshare | dixie chicks - Long Time Gone.wav | Dixie Chicks | 38,765kB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{E92F4F22-1934-4844-ADD7-99DAB2E42066}_... | Unknown | 2kB | Image |
| Blazin_Cutie524@fileshare | Dixie Chicks - Sin Wagon.mp3 | Dixie Chicks | 1,503kB | Audio |
| Blazin_Cutie524@fileshare | As Yet - It's So Hard To Say I'm Sorry.mp3 | As Yet | 3,072kB | Audio |

Found 1304 files    3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)    Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | AzYet - It's So Hard To Say Im Sorry.mp3 | Az Yet | 3,072kB | Audio | It's so h... |
| Blazin_Cutie524@fileshare | Dixie Chicks - Tonight The Heartaches On Me.mp3 | Dixie Chicks | 3,226kB | Audio | Tonight The |
| Blazin_Cutie524@fileshare | Faith Hill - Let Me Let Go (1).mp3 | Faith Hill | 3,879kB | Audio | |
| Blazin_Cutie524@fileshare | Ben Harper - Love Like Laughter.mp3 | Beth Orton | 2,926kB | Audio | |
| Blazin_Cutie524@fileshare | Bow Feat. JE - My Baby.mp3 | Bow Wow ft Jagged Edge | 3,563kB | Audio | |
| Blazin_Cutie524@fileshare | Dixie Chicks - Once youve loved somebody.mp3 | Dixie Chicks | 3,261kB | Audio | Once you... |
| Blazin_Cutie524@fileshare | Chingy - One Call Away.wma | Chingy | 2,189kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{307D3EE8-8F95-4889-807F-F0C3CB26CC7A}_... | Unknown | 7kB | Image | AlbumArt_{307D3EE8-8F95-4889- |
| Blazin_Cutie524@fileshare | Dixie Chicks - You Were Mine.mp3 | Dixie Chicks | 1,699kB | Audio | |
| Blazin_Cutie524@fileshare | Dixie Chicks - Let Him Fly.mp3 | Dixie Chicks | 2,926kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{22A2890B-67AC-4A31-9A96-EE9BCDDD1717}_... | Unknown | 10kB | Image | AlbumArt_{22A2890B-67AC-4A31- |
| Blazin_Cutie524@fileshare | Eminem- Haley's Song.MP3 | Eminem | 5,043kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{DE7EE869-0F9F-4479-9931-FEAA5E375FE0}_L... | Unknown | 9kB | Image | AlbumArt_{DE7EE869-0F9F-4479- |
| Blazin_Cutie524@fileshare | AlbumArt_{DE7EE869-0F9F-4479-9931-FEAA5E375FE0}_... | Unknown | 2kB | Image | AlbumArt_{DE7EE869-0F9F-4479- |
| Blazin_Cutie524@fileshare | AlbumArt_{22A2890B-67AC-4A31-9A96-EE9BCDDD1717}_... | Unknown | 2kB | Image | AlbumArt_{22A2890B-67AC-4A31- |
| Blazin_Cutie524@fileshare | Weekend Excursion - Moving On.mp3 | Weekend Excursion | 4,914kB | Audio | |
| Blazin_Cutie524@fileshare | All Fall down - Kanye West.mp3 | Kanye West | 5,160kB | Audio | |
| Blazin_Cutie524@fileshare | Usher-Can;t let you go.mp3 | Usher | 3,266kB | Audio | |
| Blazin_Cutie524@fileshare | Steve Holy - Good Morning Beautiful (1).mp3 | Steve Holy | 3,022kB | Audio | Goo... |
| Blazin_Cutie524@fileshare | kenny chesney - Just Me and You.mp3 | Kenny Chesney | 3,430kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{03D248A7-8DCC-45CB-AB13-9094EE081C68}_... | Unknown | 12kB | Image | AlbumArt_{03D248A7-8DCC-45CB- |
| Blazin_Cutie524@fileshare | AlbumArt_{03D248A7-8DCC-45CB-AB13-9094EE081C68}_... | Unknown | 2kB | Image | AlbumArt_{03D248A7-8DCC-45CB- |
| Blazin_Cutie524@fileshare | Kellie Coffey - Texas Plates.mp3 | Kellie Coffey | 3,469kB | Audio | |
| Blazin_Cutie524@fileshare | Jessica Andrews - Who I Am.mp3 | Jessica Andrews | 3,408kB | Audio | |
| Blazin_Cutie524@fileshare | Travis Tritt - Anymore.mp3 | Travis Tritt | 3,108kB | Audio | At T... |
| Blazin_Cutie524@fileshare | Kellie Coffey - At The End Of The Day.wav | Kellie Coffey | 1,519kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{33425669-9CB0-4D78-9067-33248626A785}_L... | Unknown | 7kB | Image | AlbumArt_{33425669-9CB0-4D78- |
| Blazin_Cutie524@fileshare | AlbumArt_{33425669-9CB0-4D78-9067-33248626A785}_... | Unknown | 2kB | Image | AlbumArt_{33425669-9CB0-4D78- |

Found 1304 files    3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)   Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cube524@fileshare | AlbumArt_{4488C033-D500-416C-9F5C-D80B6267813A}_... | Unknown | 6kB | Image | AlbumArt_{4488C033-D500-416C-... |
| Blazin_Cube524@fileshare | AlbumArt_{4488C033-D500-416C-9F5C-D80B6267813A}_... | Unknown | 1kB | Image | AlbumArt_{4488C033-D500-416C-... |
| Blazin_Cube524@fileshare | Chapelle Shaw - Street Hoops (1).wmv | Dave Chappelle | 6,970kB | Video | |
| Blazin_Cube524@fileshare | AlbumArt_{5B2BA14D-E93B-4AA5-BEBD-35156E35D943}_... | Unknown | 13kB | Image | AlbumArt_{5B2BA14D-E93B-4AA5-... |
| Blazin_Cube524@fileshare | JAQUES BREL-jojo-infinment.mp3 | JAQUES BREL | 2,610kB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{5B2BA14D-E93B-4AA5-BEBD-35156E35D943}_... | Unknown | 2kB | Image | AlbumArt_{5B2BA14D-E93B-4AA5-... |
| Blazin_Cube524@fileshare | AlbumArt_{066FE803-258D-4312-9BD0-4631625F5AC7}_... | Unknown | 11kB | Image | AlbumArt_{066FE803-258D-4312-... |
| Blazin_Cube524@fileshare | Lilix - Lost and Confused.wma | -used | 3,090kB | Audio | Girls µ |
| Blazin_Cube524@fileshare | Cindy Lauper - Girls Just Wanna Have Fun.mp3 | Cindy Lauper | 3,684kB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{64C24670-38EA-4E94-BFD8-951477378C61}_... | Unknown | 9kB | Image | AlbumArt_{64C24670-38EA-4E94-... |
| Blazin_Cube524@fileshare | AlbumArt_{64C24670-38EA-4E94-BFD8-951477378C61}_... | Unknown | 2kB | Image | AlbumArt_{64C24670-38EA-4E94-... |
| Blazin_Cube524@fileshare | blink 182 - I miss you.wma | Blink 182 | 2,694kB | Audio | |
| Blazin_Cube524@fileshare | 14. I'm Lost Without You.mp3 | Blink 182 | 5,960kB | Audio | |
| Blazin_Cube524@fileshare | Confessions-burn-usher.mp3 | usher | 7,501kB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{2AF55A63-0FF9-4C3D-B71A-A25E57122113}_... | Unknown | 7kB | Image | AlbumArt_{2AF55A63-0FF9-4C3D-... |
| Blazin_Cube524@fileshare | AlbumArt_{2AF55A63-0FF9-4C3D-B71A-A25E57122113}_... | Unknown | 1kB | Image | AlbumArt_{2AF55A63-0FF9-4C3D-... |
| Blazin_Cube524@fileshare | Joe - I Wanna Know (1).mp3 | KC and JoJo | 4,668kB | Audio | |
| Blazin_Cube524@fileshare | 13 What Might Have Been.wma | Artist | 1,883kB | Audio | 13 Wh |
| Blazin_Cube524@fileshare | Diamond Rio - We Meet in the Middle.mp3 | Alan Jackson | 1,960kB | Audio | We |
| Blazin_Cube524@fileshare | AlbumArt_{514B88C3-2718-4B87-9F64-BA1E3578B487}_... | Unknown | 9kB | Image | AlbumArt_{514B88C3-2718-4B87-... |
| Blazin_Cube524@fileshare | AlbumArt_{514B88C3-2718-4B87-9F64-BA1E3578B487}_... | Unknown | 2kB | Image | AlbumArt_{514B88C3-2718-4B87-... |
| Blazin_Cube524@fileshare | AlbumArt_{898628AA-0F74-4E54-B8FA-8C934D685896}_... | Unknown | 8kB | Image | AlbumArt_{898628AA-0F74-4E54-... |
| Blazin_Cube524@fileshare | AlbumArt_{898628AA-0F74-4E54-B8FA-8C934D685896}_... | Unknown | 2kB | Image | AlbumArt_{898628AA-0F74-4E54-... |
| Blazin_Cube524@fileshare | AlbumArt_{95CFB2E1-28A0-4081-9FD6-02C46D92FE0F}_... | Unknown | 11kB | Image | AlbumArt_{95CFB2E1-28A0-4081-... |
| Blazin_Cube524@fileshare | AlbumArt_{95CFB2E1-28A0-4081-9FD6-02C46D92FE0F}_... | Unknown | 2kB | Image | AlbumArt_{95CFB2E1-28A0-4081-... |
| Blazin_Cube524@fileshare | Silk - Don't Rush.mp3 | Silk | 4,104kB | Audio | |
| Blazin_Cube524@fileshare | 05 Track 5.wma | Seether Feat. Amy Lee | 2,049kB | Audio | |
| Blazin_Cube524@fileshare | Michelle Branch - Where Are You Now-.mp3 | Michelle Branch | 3,233kB | Audio | |
| Blazin_Cube524@fileshare | Sunday Drive.mp3 | The Early Florences | 3,254kB | Audio | |

Found 1304 files — 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) — Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cube524@fileshare | Sunday Drive.mp3 | The Early November | 3,654KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{800280E6-BDCF-400B-8C9A-07200549AFE2}_... | Unknown | 8KB | Image | AlbumArt_{800280E6-BDCF-400B- |
| Blazin_Cube524@fileshare | Tim Mcgraw - The cowboy in me.mp3 | Tim Mcgraw | 3,821KB | Audio | |
| Blazin_Cube524@fileshare | Lil Romeo - Throw Em Up.mp3 | Lil Romeo | 2,892KB | Audio | |
| Blazin_Cube524@fileshare | 07 - Back Again.mp3 | Juelz Santana | 3,401KB | Audio | |
| Blazin_Cube524@fileshare | Juelz Santana - Back Again.mp3 | Juelz Santana | 2,778KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{C027D828-5FC1-4D38-B664-C38FE445906F}_... | Unknown | 9KB | Image | AlbumArt_{C027D828-5FC1-4D38- |
| Blazin_Cube524@fileshare | Jo Dee Messina - 15 - [ Wish.wav | JoDee Messina | 1,244KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{C027D828-5FC1-4D38-B664-C38FE445906F}_... | Unknown | 2KB | Image | AlbumArt_{C027D828-5FC1-4D38- |
| Blazin_Cube524@fileshare | AlbumArt_{800280E6-BDCF-400B-8C9A-07200549AFE2}_... | Unknown | 2KB | Image | AlbumArt_{800280E6-BDCF-400B- |
| Blazin_Cube524@fileshare | AlbumArt_{B92BD0DF-A96E-47FF-985A-0FFBA0FA57AC}_... | Unknown | 8KB | Image | AlbumArt_{B92BD0DF-A96E-47FF-.. |
| Blazin_Cube524@fileshare | Counting Crows - Mr. Jones.mp3 | Counting Crows | 3,726KB | Audio | |
| Blazin_Cube524@fileshare | 05 If You're Gone.mp3 | 3 | 4,295KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{B92BD0DF-A96E-47FF-985A-0FFBA0FA57AC}_... | Unknown | 2KB | Image | AlbumArt_{B92BD0DF-A96E-47FF- |
| Blazin_Cube524@fileshare | AlbumArt_{4B6FE128-7BE7-495A-A81A-973F34D7D2BF}_... | Unknown | 8KB | Image | AlbumArt_{4B6FE128-7BE7-495A- |
| Blazin_Cube524@fileshare | AlbumArt_{4B6FE128-7BE7-495A-A81A-973F34D7D2BF}_... | Unknown | 2KB | Image | AlbumArt_{4B6FE128-7BE7-495A- |
| Blazin_Cube524@fileshare | 19 - My Dads Gone Crazy.mp3 | Eminem | 2,607KB | Audio | M |
| Blazin_Cube524@fileshare | JESSICA SIMPSON AND NICK LACHEY - take my breath aw... | Unknown | 17,347KB | Video | Take My B |
| Blazin_Cube524@fileshare | Monica-SoGone.mp3 | Monica | 3,219KB | Audio | |
| Blazin_Cube524@fileshare | Tim Mcgraw - She Can't Really Be Gone.mp3 | 3 | 3,147KB | Audio | She C |
| Blazin_Cube524@fileshare | AlbumArt_{D2D12459-6F6C-4E70-8D98-0F738A1C8F4B}_... | Unknown | 10KB | Image | AlbumArt_{D2D12459-6F6C-4E70- |
| Blazin_Cube524@fileshare | Five for Fighting - 100 Years.mp3 | Five for Fighting | 3,881KB | Audio | |
| Blazin_Cube524@fileshare | shania twain - forever and for always.wma | Eve | 2,824KB | Audio | fore |
| Blazin_Cube524@fileshare | nsync - gone_dreamznu.mp3 | 3 | 4,432KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{066FE803-25BD-4312-9BD0-4631625F5AC7}_... | Unknown | 2KB | Image | AlbumArt_{066FE803-25BD-4312- |
| Blazin_Cube524@fileshare | Usher-Burn(Let it Burn).mp3 | Usher | 1,709KB | Audio | |
| Blazin_Cube524@fileshare | Something Corporate - Walk.mp3 | Something Corporate | 4,023KB | Audio | |
| Blazin_Cube524@fileshare | Something Corperate- Space.mp3 | Something Corporate | 2,775KB | Audio | |
| Blazin_Cube524@fileshare | Kanye West - All Fal Down (1).mp3 | Kanye West | 5,160KB | Audio | |

Found 1904 files   3,475,220 users online, sharing 546,925,712 files (5,498,752 GB)   Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | Kayne West - All Fall Down (1).mp3 | Kanye West | 5,160KB | Audio |
| Blazin_Cube524@fileshare | kayne (1).wma | Kanye West | 3,568KB | Audio |
| Blazin_Cube524@fileshare | Jessica Simpson- I'm Gonna Love you Forever.mp3 | jessica simpson | 3,102KB | Audio |
| Blazin_Cube524@fileshare | Better Then Ezra - Heaven.mp3 | Better Than Ezra | 4,038KB | Audio |
| Blazin_Cube524@fileshare | artist - Track 12 (1).mp3 | Brian Adams | 4,229KB | Audio |
| Blazin_Cube524@fileshare | MEST - Lonely Days.mp3 | MEST | 1,596KB | Audio |
| Blazin_Cube524@fileshare | Do or Die - do u (1) (1).mp3 | Twista | 3,939KB | Audio |
| Blazin_Cube524@fileshare | 012.mp3 | mario winans f/ p.diddy | 5,567KB | Audio |
| Blazin_Cube524@fileshare | MEST - Long Days, Long Nights.mp3 | MEST | 2,111KB | Audio |
| Blazin_Cube524@fileshare | Plumb - Stranded (1).mp3 | Plumb | 5,149KB | Audio |
| Blazin_Cube524@fileshare | Don't Look Down.mp3 | David Ryan Harris | 3,471KB | Audio |
| Blazin_Cube524@fileshare | Ben Harper - Sexual Healing.mp3 | Ben Harper | 5,015KB | Audio |
| Blazin_Cube524@fileshare | ben harper - Let Me Down.mp3 | Ben Harper | 2,656KB | Audio |
| Blazin_Cube524@fileshare | Ben Harper - #3.mp3 | Ben Harper | 2,449KB | Audio |
| Blazin_Cube524@fileshare | AlbumArt_{CE26573F-BF4B-4598-8052-C1164EF19548}_L... | Unknown | 8KB | Image |
| Blazin_Cube524@fileshare | Ben Harper - Ground On Down.mp3 | A | 2,114KB | Audio |
| Blazin_Cube524@fileshare | Ben Harper - I Want To Be Ready.mp3 | Ben Harper | 3,785KB | Audio |
| Blazin_Cube524@fileshare | Lovelorn - Dashboard Confessions.mp3 | Dashboard confession | 1,604KB | Audio |
| Blazin_Cube524@fileshare | Jessica Simpson- A Little Bit.MP3 | Jessica Simpson | 1,547KB | Audio |
| Blazin_Cube524@fileshare | Plumb - Send Angels.mp3 | Plumb | 3,234KB | Audio |
| Blazin_Cube524@fileshare | Plumb - Surfer Girl Replies.mp3 | Plumb | 3,429KB | Audio |
| Blazin_Cube524@fileshare | (05) Usher - Confessions Part II.wma | Usher | 2,284KB | Audio |
| Blazin_Cube524@fileshare | Copy of Plumb - Lie Low.mp3 | Plumb | 3,009KB | Audio |
| Blazin_Cube524@fileshare | Usher - 05 - Confessions Part II.mp3 | Usher | 5,323KB | Audio |
| Blazin_Cube524@fileshare | (11) Usher - Simple Things.wma | Usher | 2,959KB | Audio |
| Blazin_Cube524@fileshare | Plumb - Crazy.mp3 | Plumb | 2,642KB | Audio |
| Blazin_Cube524@fileshare | (14) Usher - Can U Handle It.wma | Usher | 3,433KB | Audio |
| Blazin_Cube524@fileshare | (07) Usher - Caught Up.wma | Usher | 2,238KB | Audio |
| Blazin_Cube524@fileshare | (07) Usher - Follow Me.wma | Usher | 2,092KB | Audio |

Found 130+ files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | (17) Usher - Follow Me.wma | Usher | 2,099KB | Audio |
| Blazin_Cube524@fileshare | Usher - 16 - Take Your Hand.mp3 | Usher | 4,268KB | Audio |
| Blazin_Cube524@fileshare | Hoobastank - Out of Control.mp3 | Hoobastank | 3,886KB | Audio |
| Blazin_Cube524@fileshare | Ludacris - Southern Hospitality (Instrumental).mp3 | 3 | 12KB | Audio |
| Blazin_Cube524@fileshare | Hoobastank-Open your eyes.mp3 | Hoobastank | 4,639KB | Audio |
| Blazin_Cube524@fileshare | (10) Usher - Truth Hurts.wma | Usher | 2,304KB | Audio |
| Blazin_Cube524@fileshare | Ludacris - She Said.mp3 | Ludacris ft. Jagged Edge | 1,505KB | Audio |
| Blazin_Cube524@fileshare | Usher - 04 - Confessions (Interlude).mp3 | Usher | 1,641KB | Audio |
| Blazin_Cube524@fileshare | Deuce Komradz - Twink Somethin.mp3 | Deuce Komradz | 4,951KB | Audio |
| Blazin_Cube524@fileshare | Deuce Komradz - Hit Da Club.mp3 | Deuce Komradz | 5,473KB | Audio |
| Blazin_Cube524@fileshare | Deuce Komradz - Did Dat.mp3 | Deuce Komradz | 3,631KB | Audio |
| Blazin_Cube524@fileshare | David Ryan Harris - Strong Enough.mp3 | David Ryan Harris | 3,359KB | Audio |
| Blazin_Cube524@fileshare | all saints - heaven.mp3 | All Saints | 4,605KB | Audio |
| Blazin_Cube524@fileshare | Deuce Komradz - Westside.mp3 | Deuce Komradz | 5,338KB | Audio |
| Blazin_Cube524@fileshare | Mariah Carey, Mase, Puff Daddy - Honey (Remix).mp3 | Mase | 4,428KB | Audio |
| Blazin_Cube524@fileshare | Usher Ft. Ludacris Lil Jon - Yeah.mp3 | Usher | 5,829KB | Audio |
| Blazin_Cube524@fileshare | Deuce Komradz - 100 Elbows.mp3 | Dirty Boyz | 2,262KB | Audio |
| Blazin_Cube524@fileshare | Ruff Endz - Someone To Love You.mp3 | Ruff Endz | 4,326KB | Audio |
| Blazin_Cube524@fileshare | tim mcgraw - Tears In Heaven.mp3 | Tim McGraw | 1,270KB | Audio |
| Blazin_Cube524@fileshare | MARIAH~5.MP3 | Mariah Carey | 4,136KB | Audio |
| Blazin_Cube524@fileshare | 03 Be Beautiful.wma | David Ryan Harris | 730KB | Audio |
| Blazin_Cube524@fileshare | Mariah Carey - Until Forever.mp3 | Mariah Carey | 3,737KB | Audio |
| Blazin_Cube524@fileshare | Ludacris_Mystikal - Move Bitch.mp3 | Ludacris (feat. Mystikal) | 4,235KB | Audio |
| Blazin_Cube524@fileshare | David Ryan Harris - Sleep.mp3 | David Ryan Harris | 3,927KB | Audio |
| Blazin_Cube524@fileshare | (03) Mariah Carey - The One.wma | Mariah Carey | 2,401KB | Audio |
| Blazin_Cube524@fileshare | AlbumArt_{CE26573F-BF4B-4598-8052-C1164EF19548}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | Mariah Carey - I Still Believe.MP3 | MARIAH CAREY | 3,639KB | Audio |
| Blazin_Cube524@fileshare | Mariah Carey-CHARMBRACELET-miss you - bonus.mp3 | Mariah Carey | 2,145KB | Audio |
| Blazin_Cube524@fileshare | Dixie Chicks - Wide open spaces.mp3 | Unknown | 1,522KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cute524@fileshare | Dixie Chicks - Wide open Spaces.mp3 | Unknown | 1,522KB | Audio | Dixie Chicks - ... W |
| Blazin_Cute524@fileshare | Ruff Endz - Would U Leave Me.wma | Ruff Endz | 3,071KB | Audio | |
| Blazin_Cute524@fileshare | Thumbs.db | Unknown | 64KB | | |
| Blazin_Cute524@fileshare | 02 Usher - Seduction (1).mp3 | Usher | 7,912KB | Audio | |
| Blazin_Cute524@fileshare | 04-confessions-BAD GIRL-confessions.mp3 | Usher | 3,174KB | Audio | |
| Blazin_Cute524@fileshare | Plumb - World's Collide.mp3 | Plumb | 3,598KB | Audio | |
| Blazin_Cute524@fileshare | AlbumArt_{E0369916-AFE5-44B7-8D7F-97609F321C69}_L... | Unknown | 10KB | Image | AlbumArt_{E0369916-AFE5-44B7 Do |
| Blazin_Cute524@fileshare | AlbumArt_{E0369916-AFE5-44B7-8D7F-97609F321C69}_... | Unknown | 2KB | Image | AlbumArt_{E0369916-AFE5-44B7 |
| Blazin_Cute524@fileshare | Deuce-Down with the South.mp3 | Deuce Komradz | 3,740KB | Audio | |
| Blazin_Cute524@fileshare | Avant - Happy.mp3 | Avant | 3,976KB | Audio | |
| Blazin_Cute524@fileshare | Benzio - Bellowzino.wma | BENZINO\|MADEMEN | 1,418KB | Audio | |
| Blazin_Cute524@fileshare | David Ryan Harris - Pretty Girl.mp3 | David Ryan Harris | 4,218KB | Audio | |
| Blazin_Cute524@fileshare | Deuce Komradz - Bezzled Out.wma | Deuce Komradz | 2,036KB | Audio | |
| Blazin_Cute524@fileshare | Deuce Komradz - Oh N.mp3 | Duece Komradz | 4,226KB | Audio | |
| Blazin_Cute524@fileshare | Plumb - Unoticed.mp3 | Plumb | 2,959KB | Audio | |
| Blazin_Cute524@fileshare | Jodeci - Last Night's Letter.mp3 | Jodeci | 4,350KB | Audio | |
| Blazin_Cute524@fileshare | Lifehouse - Everything.mp3 | Lifehouse | 2,498KB | Audio | |
| Blazin_Cute524@fileshare | Adelayda - Not tonight.mp3 | Adelayda | 4,350KB | Audio | |
| Blazin_Cute524@fileshare | Lonestar - I'm Already There.mp3 | Lonestar | 3,976KB | Audio | |
| Blazin_Cute524@fileshare | AlbumArt_{649EC46E-839C-4AF3-AA8D-0AF5F5A8ED83}_... | Unknown | 6KB | Image | AlbumArt_{649EC46E-839C-4AF3 C |
| Blazin_Cute524@fileshare | 14 shades of grey-yesterday-staind.mp3 | staind | 1,748KB | Audio | |
| Blazin_Cute524@fileshare | AlbumArt_{649EC46E-839C-4AF3-AA8D-0AF5F5A8ED83}_... | Unknown | 1KB | Image | AlbumArt_{649EC46E-839C-4AF3 |
| Blazin_Cute524@fileshare | Adelayda - Come Around Today.mp3 | Adelayda | 3,610KB | Audio | |
| Blazin_Cute524@fileshare | Martina Mcbride - Wild Angels.mp3 | Martina McBride | 1,533KB | Audio | |
| Blazin_Cute524@fileshare | Adelayda - Separate Lives.mp3 | Adelayda | 3,125KB | Audio | |
| Blazin_Cute524@fileshare | 16 These Are the Days of Our Lives.wma | unknown | 2,074KB | Audio | 16 These Are the |
| Blazin_Cute524@fileshare | Nick Cannon - Whenever You Need Me.mp3 | 112 | 2,544KB | Audio | whenever you |
| Blazin_Cute524@fileshare | Sammie - Do It For You.mp3 | Sammie | 4,624KB | Audio | |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | My Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Deuce Komradz - Ridin.mp3 | Deuce Komradz | 3,930kB | Audio | |
| Blazin_Cutie524@fileshare | Keith Urban - Raining On Sunday.mp3 | Keith Urban | 4,536kB | Audio | |
| Blazin_Cutie524@fileshare | Rascal Flatts - From Time To Time.mp3 | Rascal Flatts | 3,594kB | Audio | |
| Blazin_Cutie524@fileshare | I'm in Heaven.mp3 | Jason Nevins feat. Holly | 3,960kB | Audio | |
| Blazin_Cutie524@fileshare | Rascal Flatts - Praying For Daylight.mp3 | Rascal Flatts | 3,374kB | Audio | |
| Blazin_Cutie524@fileshare | Adelayda - Morning.mp3 | Adelayda | 3,367kB | Audio | |
| Blazin_Cutie524@fileshare | James Otto - Days Of Our Lives (1).mp3 | James Otto | 3,561kB | Audio | |
| Blazin_Cutie524@fileshare | Ruff Endz - Will You Be Mine.mp3 | Ruff Endz | 2,975kB | Audio | |
| Blazin_Cutie524@fileshare | Comedy - Dave Chapelle - Sesame Street.mp3 | Dave Chapelle | 563kB | Audio | |
| Blazin_Cutie524@fileshare | Dave Chapelle- Marrijuana Addiction.mp3 | Dave Chappelle | 35kB | Audio | |
| Blazin_Cutie524@fileshare | Adelayda - Crowded Room.mp3 | Adelayda | 3,306kB | Audio | |
| Blazin_Cutie524@fileshare | Chapelle's show - Nigger Family (1).wmv | Dave Chappelle | 9,816kB | Video | |
| Blazin_Cutie524@fileshare | Petey Pablo - Freek-A-Leek (Dirty).mp3 | Petey Pablo | 3,629kB | Audio | |
| Blazin_Cutie524@fileshare | R. Kelly - 10 - Ignition (Remix) - samplemp3s.mp3 | R Kelly | 4,304kB | Audio | |
| Blazin_Cutie524@fileshare | Mario Winans-I Don't Wanna Know.wma | Mario Winans ft. P.Diddy | 1,777kB | Audio | |
| Blazin_Cutie524@fileshare | Songs About Rain (1).WMA | Gary Allen | 4,206kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{0B47A8EF-1687-4B22-9264-5CA6F9D68C18}_... | Unknown | 10kB | Image | AlbumArt_{0B47A8EF-1687-4B22- |
| Blazin_Cutie524@fileshare | AlbumArt_{0B47A8EF-1687-4B22-9264-5CA6F9D68C18}_... | Unknown | 2kB | Image | AlbumArt_{0B47A8EF-1687-4B22- |
| Blazin_Cutie524@fileshare | Track 02.mp3 | Adelayda | 3,367kB | Audio | Ever |
| Blazin_Cutie524@fileshare | weekend excursion - angel window (1).mp3 | Weekend Excursion | 4,101kB | Audio | |
| Blazin_Cutie524@fileshare | Morrisette, Alanis - Hand in My Pocket.mp3 | Alanis Morissette | 3,124kB | Audio | |
| Blazin_Cutie524@fileshare | 04 - Track 4 (1).mp3 | CASSIDY | 2,756kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{1504C278-64BD-4350-8F78-0A190724A957}_... | Unknown | 9kB | Image | AlbumArt_{1504C278-64BD-4350- |
| Blazin_Cutie524@fileshare | Maroon 5 - This Love (1).mp3 | Maroon 5 | 4,848kB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{1504C278-64BD-4350-8F78-0A190724A957}_... | Unknown | 2kB | Image | AlbumArt_{1504C278-64BD-4350- |
| Blazin_Cutie524@fileshare | Linkin Park - Crawling.mp3 | Linkin Park | 2,450kB | Audio | |
| Blazin_Cutie524@fileshare | tim mcgraw - Forget Abot Us.mp3 | Tim McGraw | 2,963kB | Audio | |
| Blazin_Cutie524@fileshare | 03_Mariah Carey_Someday.mp3 | Mariah Carey | 3,696kB | Audio | |
| Blazin_Cutie524@fileshare | Get It On The Floor.wma | DMX ft. Swizz Beatz | | Audio | |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Get It On The Floor.wma | DMX ft. Swizz Beatz | 2,583KB | Audio | |
| Blazin_Cutie524@fileshare | Boyz II Men - Four Seasons Of Loneliness.mp3 | Boyz II Men | 4,553KB | Audio | 4 Sea |
| Blazin_Cutie524@fileshare | Julie Roberts - Break Down Here (1).mp3 | Julie Roberts | 3,897KB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{6E3C94B0-A919-4ACE-92EF-61C493DD42BD}_... | Unknown | 7KB | Image | AlbumArt_{6E3C94B0-A919-4ACE- |
| Blazin_Cutie524@fileshare | AlbumArt_{6E3C94B0-A919-4ACE-92EF-61C493DD42BD}_... | Unknown | 2KB | Image | AlbumArt_{6E3C94B0-A919-4ACE- |
| Blazin_Cutie524@fileshare | AlbumArt_{89240342-2D63-4F5E-8F47-B03A017E7334}_L... | Unknown | 11KB | Image | AlbumArt_{89240342-2D63-4F5E- |
| Blazin_Cutie524@fileshare | AlbumArtSmall.jpg | Unknown | 2KB | Image | |
| Blazin_Cutie524@fileshare | Three Six Mafia - Memphis.mp3 | Three Six Mafia | 3,416KB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{D38C742E-2158-4E93-AFF5-5430588AE022}_... | Unknown | 9KB | Image | AlbumArt_{D38C742E-2158-4E93- |
| Blazin_Cutie524@fileshare | AlbumArt_{89240342-2D63-4F5E-8F47-B03A017E7334}_... | Unknown | 2KB | Image | AlbumArt_{89240342-2D63-4F5E- |
| Blazin_Cutie524@fileshare | AlbumArt_{89F26D9C-951F-47C8-81F5-FAF6F688AA77}_... | Unknown | 11KB | Image | AlbumArt_{89F26D9C-951F-47C8- |
| Blazin_Cutie524@fileshare | Tim Mcgraw - Album - 06 - Memory Lane.mp3 | Tim McGraw | 3,253KB | Audio | |
| Blazin_Cutie524@fileshare | desktop.ini | Unknown | 0KB | Audio | |
| Blazin_Cutie524@fileshare | 01 - Matchbox - Twenty - Bright Lights - mp3x.s.4-all.org-... | Matchbox 20 | 2,314KB | Audio | |
| Blazin_Cutie524@fileshare | Matchbox Twenty - Unwell.mp3 | Matchbox Twenty | 2,684KB | Audio | |
| Blazin_Cutie524@fileshare | Rascal Flatts - It's Not Just Me.mp3 | Rascal Flatts | 3,679KB | Audio | |
| Blazin_Cutie524@fileshare | Tim Rushlow - Crazy Life.mp3 | Tim Rushlow | 3,810KB | Audio | |
| Blazin_Cutie524@fileshare | matchbox twenty - push (acoustic version).mp3 | Match Box 20 | 4,056KB | Audio | Push |
| Blazin_Cutie524@fileshare | Tim Rushlow - You Forever Me.mp3 | Tim Rushlow | 3,486KB | Audio | |
| Blazin_Cutie524@fileshare | Tim Rushlow-07-Everything to You..mp3 | Tim Rushlow | 3,636KB | Audio | |
| Blazin_Cutie524@fileshare | Rascal Flatts - See Me Through.mp3 | Rascal Flatts | 3,032KB | Audio | |
| Blazin_Cutie524@fileshare | 13 - Avant - Everything About You.mp3 | Avant | 2,816KB | Audio | Avant - Eve |
| Blazin_Cutie524@fileshare | matchbox twenty - 3am (piano acoustic version).mp3 | Match Box 20 (13) | 4,526KB | Audio | 3am (Pian |
| Blazin_Cutie524@fileshare | 2. Hahn.MP3 | New Artist (1) | 3,806KB | Audio | |
| Blazin_Cutie524@fileshare | juvenile - slow motion (3).wma | $! | 2,453KB | Audio | |
| Blazin_Cutie524@fileshare | SO-Town - Love Should Ba A Crime.mp3 | O Town | 3,092KB | Audio | Love |
| Blazin_Cutie524@fileshare | Lost Mr Bigg - Long Hair.mp3 | artist | 4,204KB | Audio | |
| Blazin_Cutie524@fileshare | CalliNg all zOnEz - YiNg YaNg tWiNs.mp3 | Ying Yang Twins | 4,984KB | Audio | |
| Blazin_Cutie524@fileshare | Ingram Hill - Rained In.mp3 | Ingram Hill | 4,265KB | Audio | |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files