Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Downloads | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Ingram Hill - Stained.mp3 | Ingram Hill | 4,368kB | Audio |
| Blazin_Cutie524@fileshare | Kotton Mouth Kings - Tangerine Sky.mp3 | Kotton Mouth Kings | 3,940kB | Audio |
| Blazin_Cutie524@fileshare | Juvenile - Slow Motion.wma | Juvenile | 1,966kB | Audio |
| Blazin_Cutie524@fileshare | Retards Rap.mp3 | Dave Chappelle | 2,190kB | Audio |
| Blazin_Cutie524@fileshare | K-os - Exit - Heaven Only Knows Remix.mp3 | K-OS | 3,874kB | Audio |
| Blazin_Cutie524@fileshare | Ingram Hill - Now I'm In Love (1).mp3 | Ingram Hill | 3,218kB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{076DEA87-9528-4227-8E40-B482A0455A47}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{076DEA87-9528-4227-8E40-B482A0455A47}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{132D51D9-5B25-450C-86D8-342688440E4}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{132D51D9-5B25-450C-86D8-342688440E4}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | 08 The Reason.wma | Hoobastank | 3,665kB | Audio |
| Blazin_Cutie524@fileshare | Chapelle's show - Nigger Family (1)(1).wmv | Dave Chappelle | 9,816kB | Video |
| Blazin_Cutie524@fileshare | AlbumArt_{203F96BF-5106-4930-8991-5758349160A4}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{203F96BF-5106-4930-8991-5758349160A4}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{218958C4-8D5C-4002-9EA5-169279100036A}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{218958C4-8D5C-4002-9EA5-169279100036A}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{2490A41D-1724-4185-9889-F8E6410BEDE5}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{2490A41D-1724-4185-9889-F8E6410BEDE5}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{24A67C91-E1F1-4F11-AD62-8D53A4583E3B}_... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{24A67C91-E1F1-4F11-AD62-8D53A4583E3B}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{268CC781-413F-4243-BC86-6848680QABD9}_... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{268CC781-413F-4243-BC86-6848680QABD9}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{28228534-9648-4737-83D8-61231F8E174F}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{28228534-9648-4737-83D8-61231F8E174F}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{28234893-F3FC-4860-A444-D45232C79087}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{28234893-F3FC-4860-A444-D45232C79087}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{2FA873D7-B0CB-4AAD-AC55-04E55076D8C2}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{2FA873D7-B0CB-4AAD-AC55-04E55076D8C2}_... | Unknown | 2KB | Image |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | AlbumArt_{2CB2F6F7-FC18-4AB8-9679-EA3E4F0B42C5}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{2CB2F6F7-FC18-4AB8-9679-EA3E4F0B42C5}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{3S0FF31F-9AA8-4A5D-B60E-A001DCFC2C1D}_... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{3S0FF31F-9AA8-4A5D-B60E-A001DCFC2C1D}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{3D31DBA2-3D2E-49CA-8F2F-ED503B8E120C}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{3D31DBA2-3D2E-49CA-8F2F-ED503B8E120C}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{341D9DCE-750D-4DCC-8DB3-B05B51487D4FD}... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | dance remix - Show Me Heaven.mp3 | Club Hits 2003 dance remix | 4,408KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{421AAAAD-0446-49B5-8877-54A074462C31}_... | Unknown | 14KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{421AAAAD-0446-49B5-8877-54A074462C31}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{44A48110-BCCC-4869-B62E-072CC2B8CB4C}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{44A48110-BCCC-4869-B62E-072CC2B8CB4C}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{499D51C9-6EC3-4510-B213-AD678CDC83A8}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{499D51C9-6EC3-4510-B213-AD678CDC83A8}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{49B1BA54-3743-4383-9F9B-AE354C38389C}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{49B1BA54-3743-4383-9F9B-AE354C38389C}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | Jon B - Sex Is On My Mind.mp3 | Jon B. | 4,911KB | Audio |
| Blazin_Cutie524@fileshare | 11 - G-unit - Smile Decoded.ovw | Unknown | 146KB | |
| Blazin_Cutie524@fileshare | AlbumArt_{4ECCC442-4130-4EF6-89EC-869083CEF2ED}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{4ECCC442-4130-4EF6-89EC-869083CEF2ED}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{514EA233-610C-4902-B88C-93B8135878F6}_L... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{514EA233-610C-4902-B88C-93B8135878F6}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{51E1E005-CDDE-40E8-BA0C-ED8988B1F14ED}_... | Unknown | 19KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{51E1E005-CDDE-40E8-BA0C-ED8988B1F14ED}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | 03 With You Linkin Park Hybrid Theory Rock 64000.wma | linkin park | 1,613KB | Audio |
| Blazin_Cutie524@fileshare | g - unit-smile-beg for mercy.mp3 | g - unit | 3,677KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{5E09D4D8-6ACC-4356-9245-FB61AF328380}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{64AEA83C-5229-487D-86C4-5284D77FC4F0}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{64AEA83C-5229-487D-86C4-5284D77FC4F0} | Unknown | 2KB | Image |

Found 1904 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Tell A Friend

New search | Downloaded | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | AlbumArt_{64AEA83C-5229-487D-86C4-5284D77FC4F0}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{654461A4-23EC-43C4-96CF-A4FC265221F2}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{654461A4-23EC-43C4-96CF-A4FC265221F2}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6926FE20-1858-4A60-8AF2-A2566ECC74458}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6926FE20-1858-4A60-8AF2-A2566ECC74458}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6A97200D-83D1-4457-A1E7-9E1EAC74911F}_... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6A97200D-83D1-4457-A1E7-9E1EAC74911F}_... | Unknown | 3KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6C56009DF-0646-4A1E-B30A-E704EC838242}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6C56009DF-0646-4A1E-B30A-E704EC838242}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6FDFD54A-DFAE-493A-8DD6-A03D4E1831BC}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6FDFD54A-DFAE-493A-8DD6-A03D4E1831BC}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7648FC9A-880F-45E3-66AA-289E269D886E}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7648FC9A-880F-45E3-66AA-289E269D886E}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{79951A99-BD71-4029-80F6-C37050930971}_... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{79951A99-BD71-4029-80F6-C37050930971}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7AAC927C-9CF2-4483-94AE-48805A447237}_... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7AAC927C-9CF2-4483-94AE-48805A447237}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7CD345D4-81F8-4088-B723-BC805E2F1680}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7CD345D4-81F8-4088-B723-BC805E2F1680}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7D85EBCC-60C1-4F74-8E8F-736292FB0223}_... | Unknown | 4KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7D85EBCC-60C1-4F74-8E8F-736292FB0223}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7E66D2B5-A5F8-4D49-9CFA-D0D1B233D498}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{7E66D2B5-A5F8-4D49-9CFA-D0D1B233D498}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{85ABA5AC-EF79-4863-8FAD-6E22307A1255}_... | Unknown | 15KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{85ABA5AC-EF79-4863-8FAD-6E22307A1255}_L... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{87920D4B-4220-4919-9A4E-04498829823FE}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{87920D4B-4220-4919-9A4E-04498829823FE}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B338C4F1-CC6F-4984-AD86-DCC9062285DD}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | G-Unit - Smile Instrumental.wav | G-Unit | 608KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Downloads | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | G-Unit - Smile Instrumental.wav | G-Unit | 600KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{B67D566E-6900-4713-9881-B96C6F2201FD}_L... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | OAR - The Wanderer.mp3 | OAR | 7,030KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{990F8971-1A48-437B-A996-826D76279506}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{990F8971-1A48-437B-A996-826D76279506}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9944B742-E315-4EA9-A17D-8C637E4E5C52}_... | Unknown | 13KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9944B742-E315-4EA9-A17D-8C637E4E5C52}_... | Unknown | 3KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9A621577-E646-45B1-925A-8C0FF2986 20A}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9A621577-E646-45B1-925A-8C0FF2986 20A}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9C1FEDEB-04B4-4E2B-A986-F61E5D00 2980}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9C1FEDEB-04B4-4E2B-A986-F61E5D00 2980}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9D7B1701-D23C-42D7-8EEB-3610 4B36C5AF}_... | Unknown | 14KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9F4B9629-2BA9-4964-9E47-C874971F0F87}_L... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9F4B9629-2BA9-4964-9E47-C874971F0F87}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9FB28DE8-36EC-4F41-8A4A-EA380F998898}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9FB28DE8-36EC-4F41-8A4A-EA380F998898}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{04DEB875-E87B-4C0B-8AD7-557345 F055CC}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | Tim Mcgraw - You Don't Love.Mp3 | Tim Mcgraw | 3,492KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{4537BD46-B419-4FC0-BA22-96C80 2669F17}_... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | Brooks_Dunn - Red Dirt Road.wma | Brooks and Dunn | 1,869KB | Audio |
| Blazin_Cutie524@fileshare | 02-Sic Transit Glorie...Glory Fades.mp3 | Brand New | 5,832KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{664CD231-ECD4-49C7-94F8-F1125 96ABFED}_... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{17F2D05B-B78A-43F6-9851-110D4 637D0CF}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | Brook and Dunn - She's Not the Cheatin' Kind.mp3 | Brooks and Dunn | 2,561KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{B5607A71-E928-436E-8CBF-2C3239 4990F5}_L... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B5607A71-E928-436E-8CBF-2C3239 4990F5}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B5A3705A-CD1B-42E0-B695-B5806 0815B4D}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B5A3705A-CD1B-42E0-B695-B5806 0815B4D}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{00F301CE-7C63-421B-B4B3-24B03 22408B3}_... | Unknown | 10KB | Image |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | 🔍 Search | Downloaded | 🚦 Traffic | 🛒 Shop | 👥 Tell A Friend

🔍 New search    🔍 Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | AlbumArt_{B6F3D1CE-7C63-421B-B485-94BD92E40963}_... | Unknown | 10KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{B6F3D1CE-7C63-421B-B485-94BD92E40963}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{BBB5AC30-D7E2-4EAF-8E6F-00C5FFA85747}_... | Unknown | 6KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{BBB5AC30-D7E2-4EAF-8E6F-00C5FFA85747}_... | Unknown | 1KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{BEDA1653-4FAF-4182-A754-4900258E8A15}_... | Unknown | 9KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{BEDA1653-4FAF-4182-A754-4900258E8A15}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{89F26D9C-951F-47C8-81F5-FAF8F638AA77}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{97F1381B-41AC-4065-821C-E36C52F5A42B}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C4A2B350-58D1-47F5-B124-246730B0E76E}_1... | Unknown | 8KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C4A2B350-58D1-47F5-B124-246730B0E76E}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C507F2A1-0F7B-49DC-A93D-E0BD7E9CF61C}_... | Unknown | 10KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C507F2A1-0F7B-49DC-A93D-E0BD7E9CF61C}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C694E383-5881-4B0A-885A-4AAE8AF37F33}_... | Unknown | 10KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C694E383-5881-4B0A-885A-4AAE8AF37F33}_... | Unknown | 3KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C766EC0A-E1FC-4CA1-A635-FA3A167937F9}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C766EC0A-E1FC-4CA1-A635-FA3A167937F9}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C9F45684-CFF9-40EF-8C9D-3134989418180}_... | Unknown | 16KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C9F45684-CFF9-40EF-8C9D-3134989418180}_... | Unknown | 3KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{CB0AD7F3-714E-4D5B-8DFE-1F0E99E00444}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{CB0AD7F3-714E-4D5B-8DFE-1F0E99E00444}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{D57137C6-0EF1-4ECB-B590-69EA98974E25}_... | Unknown | 9KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{D57137C6-0EF1-4ECB-B590-69EA98974E25}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{DBF7164D-E7C2-453B-AA5E-31A6A34374E6}_... | Unknown | 11KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{DBF7164D-E7C2-453B-AA5E-31A6A34374E6}_... | Unknown | 3KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{7B50E398-E4EF-465B-A932-0620D4EACED4}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{7B50E398-E4EF-465B-A932-0620D4EACED4}_... | Unknown | 10KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{E8199388E-EEA7-4097-8957-84C1F7EAFFF1}_... | Unknown | 6KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{E8199388E-EEA7-4097-8957-84C1F7EAFFF1}_L... | Unknown | 1KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_... | Unknown | 5KB | Image |

Found 1304 files | 3,475,220 users online, sharing 546,825,712 files (5,498,752 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | AlbumArt_{F22E6559-1EE9-48AD-9189-EE26FE4F2D21}_L... | Unknown | 5KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F22E6559-1EE9-48AD-9189-EE26FE4F2D21}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F371E340-EE78-4325-9445-69794550E515}_L... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F371E340-EE78-4325-9445-69794550E515}_S... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{89AE4B27-9D63-486C-9F16-02EA16F4D4BB}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | Hootie_The Blow Fish - Higher.mp3 | Hootie and The Blowfish | 2,988KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{F7E8AC0F-DAD8-476C-83EE-900F7E8DA031}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F7E8AC0F-DAD8-476C-83EE-900F7E8DA031}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F88694DB-3421-46C5-A1E2-EE71F686AA43}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F88694DB-3421-46C5-A1E2-EE71F686AA43}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F9254966-D7F8-4C59-8470-C388ED8F6891}_L... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{F9254966-D7F8-4C59-8470-C388ED8F6891}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{FB80B888-5D1A-4493-ACDC-D047721BB733}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{FB80B888-5D1A-4493-ACDC-D047721BB733}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | Blessed Union Of Souls - Hey Leonardo.mp3 | Blessed Union of Souls | 3,257KB | Audio |
| Blazin_Cutie524@fileshare | Brad Paisley - Don't Laugh At Me.mp3 | Brad Paisley | 1,093KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{97F1381B-41AC-4065-821C-E36C52F5A42B}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | Dru Hill - Five Steps.MP3 | Dru Hill | 3,814KB | Audio |
| Blazin_Cutie524@fileshare | Dru Hill - I Love You.mp3 | Dru Hill | 4,900KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{A0C95155-1A24-44CE-8D76-3175683982D5}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | 03 take my breath away (1).wma | Jessica Simpson | 3,062KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{A0C95155-1A24-44CE-8D76-3175683982D5}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | kenny chesney - It's The Simple Things.mp3 | kenny chesney | 3,774KB | Audio |
| Blazin_Cutie524@fileshare | Kenny Chesney - She Had Me From Hello.mp3 | Kenny Chesney | 3,588KB | Audio |
| Blazin_Cutie524@fileshare | kenny chesney - there goes my life.mp3 | Kenny Chesney | 1,952KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{C212FF41-147D-402C-8AC5-1284F884C802}_... | Unknown | 5KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{C212FF41-147D-402C-8AC5-1284F884C802}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | Lonestar - Amazed.mp3 | Lonestar | 3,658KB | Audio |

Found 1304 files     3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)     Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloads | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Lonestar - Amazed.mp3 | Lonestar | 3,658KB | Audio |
| Blazin_Cutie524@fileshare | Lonestar - Smile.mp3 | Lonestar | 3,340KB | Audio |
| Blazin_Cutie524@fileshare | Martina McBride - Baby I Love You.mp3 | Martina McBride | 2,720KB | Audio |
| Blazin_Cutie524@fileshare | Martina Mcbride - Independence Day.mp3 | Martina McBride | 3,201KB | Audio |
| Blazin_Cutie524@fileshare | Martina McBride - This Ones For The Girls.wav | Martina McBride | 41,631KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{07858D82-D3FA-49C0-832B-E02014F69C37}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | Rascal Flatts - These Days.mpg | Unknown | 50,991KB | Video |
| Blazin_Cutie524@fileshare | AlbumArt_{EDA3C930-2305-43EE-AA04-1A33545FEA8A}_... | Unknown | 4KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{EDA3C930-2305-43EE-AA04-1A33545FEA8A}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | 11. Blink 182 - Give Me One Good Reason.wma | Blink 182 | 2,363KB | Audio |
| Blazin_Cutie524@fileshare | Less Than Jake-Look What Happened.mp3 | Less Than Jake | 7,242KB | Audio |
| Blazin_Cutie524@fileshare | Dashboard Confessional - screaming infidelity.mp3 | Dashboard Confessional | 3,329KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{0F357933-4031-4A17-BBA7-218939241C34}_L... | Unknown | 13KB | Image |
| Blazin_Cutie524@fileshare | kilo ali - Nastydancer.mp3 | Kilo | 3,987KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{128F6468-0F51-4425-9839-F0F1972D0F58}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{1EAA8C2E-BDBA-4234-8AE9-C3131B037D9F}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{1EAA8C2E-BDBA-4234-8AE9-C3131B037D9F}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{0F357933-4031-4A17-BBA7-218939241C34}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{13296311-6FFB-4793-A10D-AF4589C0530D}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{373D894A-2380-4AF2-AC09-85CB0F48CEA0}_... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{373D894A-2380-4AF2-AC09-85CB0F48CEA0}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{13296311-6FFB-4793-A10D-AF4589C0530D}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D2979289B}_... | Unknown | 15KB | Image |
| Blazin_Cutie524@fileshare | Tyrees - Like dem girls.mp3 | tyrese | 3,142KB | Audio |
| Blazin_Cutie524@fileshare | Garth Brooks - Learning To Live Again.mp3 | Garth Brooks | 3,841KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{5956F0D3-4FA5-40E5-8B92-97EA52CF43DA}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{5956F0D3-4FA5-40E5-8B92-97EA52CF43DA}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{5E09D4D8-6ACC-4356-9245-FB61AF328380}_... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | blink-182 down bdr1-182.mp3 | blink-182 | 5,616KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | blink-182 down blink-182.mp3 | blink-182 | 5,616KB | Audio |
| Blazin_Cutie524@fileshare | Katy Rose - Overdrive.mp3 | katy rose | 4,398KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{6D44D181-4D7F-4E92-9740-8F0276384FFE}_L... | Unknown | 11KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{6D44D181-4D7F-4E92-9740-8F0276384FFE}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{8D67994E-CC86-47E7-A4C3-FFE1D1C2D23F}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{8D67994E-CC86-47E7-A4C3-FFE1D1C2D23F}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | edwin mccain could not ask for more.wav | A | 11,297KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{00000000-0000-0000-0000-000000000000}_S... | Unknown | 3KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9C4A414F-811D-4E43-B7D0-E1A88C2DEAD0}_... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9C4A414F-811D-4E43-B7D0-E1A88C2DEAD0}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B19AB989-03A2-416E-8367-D85458B7A3D5E}_... | Unknown | 12KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B19AB989-03A2-416E-8367-D85458B7A3D5E}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B2DA580E-CBD0-4F87-9B6C-D0A1B77AFF56}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B2DA580E-CBD0-4F87-9B6C-D0A1B77AFF56}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{C3F814E8-9CF7-4E1D-8E82-210937EE31F3}_L... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{C3F814E8-9CF7-4E1D-8E82-210937EE31F3}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{128F6468-0F51-4425-9839-F0F1972D0F58}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{D9AAC122-28E1-4823-9963-AD866EC2C1CA}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{D9AAC122-28E1-4823-9963-AD866EC2C1CA}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{E2B830FE-AEB2-49B4-49B4-B9FE-7C4A480FFCD0}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{E2B830FE-AEB2-49B4-49B4-B9FE-7C4A480FFCD0}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | 06 Ghost of a Good Thing.mp3 | Dashboard Confessional | 1,544KB | Audio |
| Blazin_Cutie524@fileshare | DOWN-blink-182_BLINK-182-wcr.mp3 | blink-182 | 5,916KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{FCD7F441-FB40-4B24-AEF1-F248080737F1}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{FCD7F441-FB40-4B24-AEF1-F248080737F1}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | Blessed Union of Souls - I believe.mp3 | Blessed Union of Souls | 4,190KB | Audio |
| Blazin_Cutie524@fileshare | Brad Paisley - Little Moments.mp3 | Brad Paisley | 5,141KB | Audio |
| Blazin_Cutie524@fileshare | Googoo Dolls - I'll Be.mp3 | Goo Goo Dolls | 3,324KB | Audio |
| Blazin_Cutie524@fileshare | Moby-Jaded-King Gon-FRW.mpeg | Most | 34,568KB | Video |

# Kazaa - [Search]

File  View  Player  Tools  Actors  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend
Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Mest-Jaded-KingCon-PRV.mpeg | Mest | 34,568KB | Video |
| Blazin_Cutie524@fileshare | 10 Prisoners of Today.mp3 | Billy Talent | 1,593KB | Audio |
| Blazin_Cutie524@fileshare | Dru Hill - You Are Everything.mp3 | Dru Hill | 3,229KB | Audio |
| Blazin_Cutie524@fileshare | Hundred Reasons - If I Could.mp3 | Hundred Reasons | 3,071KB | Audio |
| Blazin_Cutie524@fileshare | 05 Bounce Back.wma | Juvenile | 4,024KB | Audio |
| Blazin_Cutie524@fileshare | Ben Jelen - Come On.mp3 | Ben Jelen | 3,574KB | Audio |
| Blazin_Cutie524@fileshare | Perfect Circle - The Outsider.mp3 | A Perfect Circle | 5,767KB | Audio |
| Blazin_Cutie524@fileshare | Kilo all_girls all dance (1).mp3 | Kilo Ali | 2,960KB | Audio |
| Blazin_Cutie524@fileshare | Keith Urban - You Look Good in My Shirt.mp3 | Keith Urban | 3,578KB | Audio |
| Blazin_Cutie524@fileshare | Keith Urban - You'll Think of Me.wma | Keith Urban | 2,321KB | Audio |
| Blazin_Cutie524@fileshare | kenny chesney - Big Star.mp3 | Kenny Chesney | 3,739KB | Audio |
| Blazin_Cutie524@fileshare | Lonestar - Walking In Memphis.wma | Lonestar | 5,438KB | Audio |
| Blazin_Cutie524@fileshare | Martina Mcbride - Concrete Angel.wma | Martina McBride | 2,001KB | Audio |
| Blazin_Cutie524@fileshare | Kilo-Show me Love.mp3 | Kilo | 2,921KB | Audio |
| Blazin_Cutie524@fileshare | 03 - Waiting for you.mp3 | seal | 7,151KB | Audio |
| Blazin_Cutie524@fileshare | ashanti - rain on me (1).wma | Ashanti | 2,941KB | Audio |
| Blazin_Cutie524@fileshare | Hoobastank (Hoobastank) 03 - Running Away.mp3 | Hoobastank | 3,485KB | Audio |
| Blazin_Cutie524@fileshare | Kilo ali - I Want To Fuck You.mp3 | Kilo Ali | 2,348KB | Audio |
| Blazin_Cutie524@fileshare | Rascal Flatts - Long Slow Beautiful Dance.mp3 | Rascal Flatts | 3,730KB | Audio |
| Blazin_Cutie524@fileshare | Rascal Flatts - Mayberry.mp3 | Rascal Flatts | 4,267KB | Audio |
| Blazin_Cutie524@fileshare | Linkin Park - Pushing Me2 Away.mp3 | Linkin Park | 4,494KB | Audio |
| Blazin_Cutie524@fileshare | rascal flatts - The Day You Kissed Me.mp3 | Rascal Flatts | 2,475KB | Audio |
| Blazin_Cutie524@fileshare | Ruff Endz - If I Was The One.mp3 | Ruff Endz | 4,199KB | Audio |
| Blazin_Cutie524@fileshare | Linkin Park - Don't Stay.mp3 | Linkin Park | 2,959KB | Audio |
| Blazin_Cutie524@fileshare | Ruff Endz - Love Crimes.mp3 | Ruff Endz | 5,175KB | Audio |
| Blazin_Cutie524@fileshare | Ruff Endz - Missing You.mp3 | Ruff Endz | 4,224KB | Audio |
| Blazin_Cutie524@fileshare | Ruff Endz - Saying I Love You.mp3 | Ruff Endz | 4,619KB | Audio |
| Blazin_Cutie524@fileshare | Ruff Endz - The World To Me.mp3 | Ruff Endz | 3,892KB | Audio |
| Blazin_Cutie524@fileshare | Shania Twain - That Don't Impress Me Much.mp3 | SHANIA TWAIN | 3,400KB | Audio |

Found 1304 files        3,475,220 users online, sharing 546,825,712 files (5,498,752 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | My Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Shania Twain - That Don't Impress Me Much.mp3 | SHANIA TWAIN | 3,400KB | Audio |
| Blazin_Cutie524@fileshare | linkin park - I Tried So Hard.mp3 | Linkin' Park | 3,390KB | Audio |
| Blazin_Cutie524@fileshare | Kc and jojo-How long must i cry.mp3 | Kc and jojo | 3,226KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Come Around.mp3 | Sister Hazel | 3,712KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Hopeless.mp3 | Sister Hazel | 5,640KB | Audio |
| Blazin_Cutie524@fileshare | Willa Ford - A Toast To Men.asf | Willa Ford | 10,068KB | Video |
| Blazin_Cutie524@fileshare | Sister Hazel - Missin' You.mp3 | Sister Hazel | 4,656KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Out There.mp3 | Sister Hazel | 4,139KB | Audio |
| Blazin_Cutie524@fileshare | KC and Jojo - All My Life.wma | KC and Jojo | 2,614KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Save Me.mp3 | Sister Hazel | 3,784KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Shame On Me.mp3 | Sister Hazel | 3,579KB | Audio |
| Blazin_Cutie524@fileshare | sister hazel - so long.mp3 | Sister Hazel | 4,290KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Sometimes.mp3 | Sister Hazel | 4,955KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Starfish.mp3 | Sister Hazel | 4,162KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Swan Dive.mp3 | Sister Hazel | 3,527KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Thank You.mp3 | Sister Hazel | 3,147KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Think About Me.mp3 | Sister Hazel | 2,944KB | Audio |
| Blazin_Cutie524@fileshare | Lonestar - Lets Be Us Again.wma | Lonestar | 3,649KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Wanted It To Be.mp3 | Sister Hazel | 4,576KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - We'll Find It.mp3 | Sister Hazel | 4,658KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - What I See In You.mp3 | Sister Hazel | 2,994KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Your Mistake.mp3 | Sister Hazel | 3,896KB | Audio |
| Blazin_Cutie524@fileshare | Three Days Grace- I Hate Everything About You.wma | Three Days Grace | 1,862KB | Audio |
| Blazin_Cutie524@fileshare | sugarcult - Pretty Girl (1).wav | P | 35,921KB | Audio |
| Blazin_Cutie524@fileshare | three days grace - Falling (1).mp3 | 3 days Grace | 2,754KB | Audio |
| Blazin_Cutie524@fileshare | Three Days Grace - Now Or Never.mp3 | Three days Grace | 2,150KB | Audio |
| Blazin_Cutie524@fileshare | Tim Mcgraw - Don't Take The Girl.mp3 | Tim Mcgraw | 3,894KB | Audio |
| Blazin_Cutie524@fileshare | tim mcgraw - Dust On The Bottle.mp3 | John Michael Anderson | 3,512KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Just To See You Smile.mp3 | Tim McGraw | 1,454KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files