**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@Kfeshare | Tim McGraw - Just To See You Smile.mp3 | Tim McGraw | 1,454KB | Audio |
| Blazin_Cube524@Kfeshare | Tim Mcgraw and Faith Hill - It's Your Love.mp3 | Tim McGraw_Faith Hill | 3,521KB | Audio |
| Blazin_Cube524@Kfeshare | Yellowcard - Ocean Avenue.wma | Yellowcard | 3,119KB | Audio |
| Blazin_Cube524@Kfeshare | Master P - Bourbons And Cadillacs.mp3 | Master P | 3,920KB | Audio |
| Blazin_Cube524@Kfeshare | Electric_Slide.mp3 | A | 3,792KB | Audio |
| Blazin_Cube524@Kfeshare | 03 Whats Happnin!.wma | Ying Yang Twins | 2,054KB | Audio |
| Blazin_Cube524@Kfeshare | avril lavigne - dont bell me (3).mp3 | Avril Lavigne | 2,899KB | Audio |
| Blazin_Cube524@Kfeshare | jimi hendrix  purple haze.mp3 | Jimmy Hendrix | 2,014KB | Audio |
| Blazin_Cube524@Kfeshare | Blues Traveller - Run Around.mp3 | Blues Traveller | 4,367KB | Audio |
| Blazin_Cube524@Kfeshare | shawn mullins_lullaby.mp3 | Shawn Mullins | 5,619KB | Audio |
| Blazin_Cube524@Kfeshare | Savage Garden I knew I loved you.mp3 | Savage Garden | 1,658KB | Audio |
| Blazin_Cube524@Kfeshare | Aqua - Barbie Girl.asf | Aqua | 10,523KB | Video |
| Blazin_Cube524@Kfeshare | Britney Spears - Everytime.wma | A | 2,332KB | Audio |
| Blazin_Cube524@Kfeshare | Bone Thugs And Harmony - Crossroads.cd1.mp3 | Bone Thugs and Harmony | 3,558KB | Audio |
| Blazin_Cube524@Kfeshare | Project Pat - Break Tha Law 2001.mp3 | Project Pat | 3,130KB | Audio |
| Blazin_Cube524@Kfeshare | Swishahouse ADK2K2-Track 06.mp3 | Project Pat | 3,095KB | Audio |
| Blazin_Cube524@Kfeshare | Project Pat - So High.mp3 | Project Pat | 2,132KB | Audio |
| Blazin_Cube524@Kfeshare | (Instramental) Project Pat - Chickenheads.mp3 | Project Pat | 4,373KB | Audio |
| Blazin_Cube524@Kfeshare | Project Pat - Dont Save Her.mp3 | Project Pat. | 1,767KB | Audio |
| Blazin_Cube524@Kfeshare | Clay Walker - I Cant Sleep (1).wma | Clay Walker | 1,917KB | Audio |
| Blazin_Cube524@Kfeshare | Matchbox 20 - If Your Gone.mp3 | artist | 4,298KB | Audio |
| Blazin_Cube524@Kfeshare | Diamond Rio -03- I Believe (Completely).mp3 | 3 | 3,697KB | Audio |
| Blazin_Cube524@Kfeshare | [Chris Isaac] Wicked Game.mp3 | 3 | 4,511KB | Audio |
| Blazin_Cube524@Kfeshare | Diamond Rio - You're Gone (1) (1).mp3 | Diamond Rio | 2,894KB | Audio |
| Blazin_Cube524@Kfeshare | Dru Hill - Were Would We Be.mp3 | Dru Hill | 1,064KB | Audio |
| Blazin_Cube524@Kfeshare | Deuce Konradz - Ride and Smokin.mp3 | Deuce Konradz | 4,481KB | Audio |
| Blazin_Cube524@Kfeshare | Tracey Chaman - Fast Car1.mp3 | Tracy Chapman | 3,478KB | Audio |
| Blazin_Cube524@Kfeshare | Lila Mcann - I Wanna Fall In Love (1).mp3 | Lila Mcann | 2,708KB | Audio |
| Blazin_Cube524@Kfeshare | Lila Mcann - Just one little kiss.mp3 | Lila McCann | 2,055KB | Audio |
| Blazin_Cube524@Kfeshare | Lila Mcann - When You Walked Into My Life.mp3 | Lila Mcann | 2,163KB | Audio |

3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

Found 1304 files

**KaZaA - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@Kfeshare | Lila Mcann - Just one Little Kiss.mp3 | Lila McCann | 2,665KB | Audio |
| Blazin_Cube524@Kfeshare | Lila Mcann - When You Walked Into My Life.mp3 | Lila Mcann | 3,462KB | Audio |
| Blazin_Cube524@Kfeshare | Dave Mathews Band - Stay.MP3 | Dave Matthews Band | 4,804KB | Audio |
| Blazin_Cube524@Kfeshare | AlbumArt_{02E87868-C001-45A5-AA7E-384682FA882F}_... | Unknown | 15KB | Image |
| Blazin_Cube524@Kfeshare | AlbumArt_{36E58864-821B-4E80-BA35-A95E2CDE7882}_... | Unknown | 7KB | Image |
| Blazin_Cube524@Kfeshare | Az Yet - So In Love.mp3 | Az Yet | 3,357KB | Audio |
| Blazin_Cube524@Kfeshare | AlbumArt_{36E58864-821B-4E80-BA35-A95E2CDE7882}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfeshare | AlbumArt_{5C7E580C-4C5E-48F5-A0A4-C0E867F9FC51}_... | Unknown | 7KB | Image |
| Blazin_Cube524@Kfeshare | Az Yet - Nothing Compares.mp3 | Az Yet | 4,428KB | Audio |
| Blazin_Cube524@Kfeshare | AlbumArt_{5C7E580C-4C5E-48F5-A0A4-C0E867F9FC51}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfeshare | AlbumArt_{75C12C02-2877-4EBC-90ME-D2301F4E6464}_... | Unknown | 10KB | Image |
| Blazin_Cube524@Kfeshare | AlbumArt_{75C12C02-2877-4EBC-90ME-D2301F4E6464}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfeshare | AlbumArt_{C80D239F-EBDD-4984-9609-76A70F91219C}_... | Unknown | 7KB | Image |
| Blazin_Cube524@Kfeshare | AlbumArt_{C80D239F-EBDD-4984-9609-76A70F91219C}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfeshare | Faith Hill - There Youll Be.mp3 | Faith Hill | 5,204KB | Audio |
| Blazin_Cube524@Kfeshare | Usher - My Way.mpeg | Usher | 43,854KB | Video |
| Blazin_Cube524@Kfeshare | Chris Iseak - Wicked Game.mp3.xml | Unknown | 0KB |  |
| Blazin_Cube524@Kfeshare | 03 Anthem of Our Dying Day.wma | Story of the Year | 5,097KB | Audio |
| Blazin_Cube524@Kfeshare | Just Like You.mp3 | Three Days Grace | 2,946KB | Audio |
| Blazin_Cube524@Kfeshare | Twista - Overnight Celebrity (1).wma | Twista | 3,720KB | Audio |
| Blazin_Cube524@Kfeshare | Chris Iseak - Wicked Game.mp3 | HIM | 3,835KB | Audio |
| Blazin_Cube524@Kfeshare | 14_Your still here.mp3 | Faith Hill | 3,117KB | Audio |
| Blazin_Cube524@Kfeshare | avant - you.mp3 | Avant | 4,969KB | Audio |
| Blazin_Cube524@Kfeshare | Buddy Jewell - Sweet Southern Comfort.mp3 | Buddy Jewell | 2,440KB | Audio |
| Blazin_Cube524@Kfeshare | Faith Hill - Breathe.mp3 | Faith Hill | 3,925KB | Audio |
| Blazin_Cube524@Kfeshare | Tim Mcgraw - Watch The Wind Blow By.MP3 | Tim McGraw | 1,883KB | Audio |
| Blazin_Cube524@Kfeshare | Kenny Chesney - How Forever Feels.mp3 | Kenny Chesney | 2,976KB | Audio |
| Blazin_Cube524@Kfeshare | Frankie - dirty.mp3 | Frankee | 4,72?KB | Audio |
| Blazin_Cube524@Kfeshare | Pat Green - Three Days.MP3 | Pat Green | 1,557KB | Audio |

Found 1304 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@Kfleshare | Pat Green - Three Days.MP3 | Pat Green | 1,537KB | Audio |
| Blazin_Cube524@Kfleshare | Gavin DeGraw - I Don't Want to Be.wma | Gavin DeGraw | 1,738KB | Audio |
| Blazin_Cube524@Kfleshare | Memphis Bleek - Round Here.mpg | Memphis Bleek | 51,225KB | Video |
| Blazin_Cube524@Kfleshare | Monica - Angel Of Mine (1).Mp3 | Monica | 3,417KB | Audio |
| Blazin_Cube524@Kfleshare | 05 Sick and Tired.wma | Cross Canadian Ragweed | 2,154KB | Audio |
| Blazin_Cube524@Kfleshare | Frankee - You Right back (1).mp3 | Frankee | 4,262KB | Audio |
| Blazin_Cube524@Kfleshare | Frankee - You Right back.mp3 | Frankee | 4,534KB | Audio |
| Blazin_Cube524@Kfleshare | Jo dee messina - fool hearted man.mp3 | Jo Dee Messina | 4,534KB | Audio |
| Blazin_Cube524@Kfleshare | Jimmy Wayne - Stay Gone .wav | Jimmy Wayne | 2,431KB | Audio |
| Blazin_Cube524@Kfleshare | Aaliyah - I Miss You.wma | Aaliyah | 35,941KB | Audio |
| Blazin_Cube524@Kfleshare | Michelle Branch - Paper Pieces.mp3 | Michelle Branch | 1,953KB | Audio |
| Blazin_Cube524@Kfleshare | Aaliyah - 4 Page Letter.mp3 | Aaliyah | 3,349KB | Audio |
| Blazin_Cube524@Kfleshare | Linkin Park- Numb | Linkin Park | 4,567KB | Audio |
| Blazin_Cube524@Kfleshare | Leann Rimes - I Need You.mp3 | Leanne Rimes | 4,394KB | Audio |
| Blazin_Cube524@Kfleshare | AlbumArt_{01009196-267F-4D14-A649-BEE88986C2C4}_... | Unknown | 3,574KB | Audio |
| Blazin_Cube524@Kfleshare | AlbumArt_{01009196-267F-4D14-A649-BEE88986C2C4}_... | Unknown | 5KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{138C1B36-7652-4E46-B4AE-7D506F7A872B}_... | Unknown | 1KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{138C1B36-7652-4E46-B4AE-7D506F7A872B}_... | Unknown | 11KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{19195ZF4-A9F0-47DE-89E8-251C87663895}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{5556617C0-2F87-4138-95E0-4FF2C14D822D}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{5556617C0-2F87-4138-95E0-4FF2C14D822D}_... | Unknown | 8KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{5556617C0-2F87-4138-95E0-4FF2C14D822D}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{EC975698-1245-4AFE-9E77-C6C68D90E5E6}_... | Unknown | 7KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{EC975698-1245-4AFE-9E77-C6C68D90E5E6}_... | Unknown | 2KB | Image |
| Blazin_Cube524@Kfleshare | AlbumArt_{19195ZF4-A9F0-47DE-89E8-251C87663895}_1... | Unknown | 9KB | Image |
| Blazin_Cube524@Kfleshare | Cassidy - The Problem.wma | Cassidy | 2,563KB | Audio |
| Blazin_Cube524@Kfleshare | Dru Hill - Holding You.mp3 | Dru Hill | 4,234KB | Audio |
| Blazin_Cube524@Kfleshare | Marc Broussard- Jeremiah's Prayer.wma | Marc Broussard | 7,673KB | Audio |
| Blazin_Cube524@Kfleshare | Martina McBride - In My Daughters Eyes.wma | Martina McBride | 1,944KB | Audio |
| Blazin_Cube524@Kfleshare | Ying Yang Twins - Georgia Dome (Get Low Sequel).wma | Ying Yang Twins | 5,745KB | Audio |
| Blazin_Cube524@Kfleshare | Baby Bash - Nalea.mp3.wma | Baby Bash | 3,301KB | Audio |

AlbumArt_{01009196-267F-4D14-
AlbumArt_{01009196-267F-4D14-
AlbumArt_{138C1B36-7652-4E46-
AlbumArt_{138C1B36-7652-4E46-
AlbumArt_{19195ZF4-A9F0-47DE-
AlbumArt_{5556617C0-2F87-4138-
AlbumArt_{5556617C0-2F87-4138-
AlbumArt_{EC975698-1245-4AFE-
AlbumArt_{EC975698-1245-4AFE-
AlbumArt_{19195ZF4-A9F0-47DE-

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| Blazin_Cube524@Kfeshare | Ying Yang Twins - Georgia Dome (Get Low Sequel).wma | Ying Yang Twins | 5,745KB | Audio | Georgia Dom |
| Blazin_Cube524@Kfeshare | Zeta Bytes - Notice me.wma | Zeta Bytes | 3,381KB | Audio | |
| Blazin_Cube524@Kfeshare | AlbumArt_{0C3D7AB6-7584-411A-A5D2-6305A0B72948}_... | Unknown | 6KB | Image | AlbumArt_{0C3D7AB6-7584-411A- |
| Blazin_Cube524@Kfeshare | AlbumArt_{0C3D7AB6-7584-411A-A5D2-6305A0B72948}_... | Unknown | 2KB | Image | AlbumArt_{0C3D7AB6-7584-411A- |
| Blazin_Cube524@Kfeshare | Lil Flip - Game Over.mp3 | Lil Flip | 3,698KB | Audio | |
| Blazin_Cube524@Kfeshare | AlbumArt_{5AD65D8A-7D5E-4D76-8E32-C7502EF5A898}_... | Unknown | 6KB | Image | AlbumArt_{5AD65D8A-7D5E-4D76 |
| Blazin_Cube524@Kfeshare | AlbumArt_{5AD65D8A-7D5E-4D76-8E32-C7502EF5A898}_... | Unknown | 2KB | Image | AlbumArt_{5AD65D8A-7D5E-4D76 |
| Blazin_Cube524@Kfeshare | BabyFace - What If.mp3 | Baby Face | 4,621KB | Audio | |
| Blazin_Cube524@Kfeshare | Blink 182 - Girl At The Rock Show.mp3 | Blink 182 | 2,625KB | Audio | Blink 182 |
| Blazin_Cube524@Kfeshare | Blink 182 - I'm Feeling this.mp3 | Blink 182 | 4,078KB | Audio | |
| Blazin_Cube524@Kfeshare | Blink 182 - What's My Age Again.mp3 | Blink 182 | 2,287KB | Audio | W |
| Blazin_Cube524@Kfeshare | Dru Hill - Are You A Real Freak.mp3 | Dru Hill | 3,362KB | Audio | Ar |
| Blazin_Cube524@Kfeshare | Dru Hill - The Love We Had.mp3 | Dru Hill | 5,227KB | Audio | |
| Blazin_Cube524@Kfeshare | Dru Hill - We're Not Making Love No More.mp3 | Dru Hill | 408KB | Audio | We're Not Me |
| Blazin_Cube524@Kfeshare | Mariah Carey - Fantasy.mp3 | Mariah Carey | 3,802KB | Audio | |
| Blazin_Cube524@Kfeshare | Nick Cannon ft. R.Kelly - Gigolo.wma | Nick Cannon | 1,382KB | Audio | |
| Blazin_Cube524@Kfeshare | Ying Yang Twins - Whistle While You Twerk.mp3 | Soundmaster T | 3,262KB | Audio | Whist |
| Blazin_Cube524@Kfeshare | Az Yet - Care for Me.mp3 | Az Yet | 3,767KB | Audio | |
| Blazin_Cube524@Kfeshare | Pixel Perfect - Nothing's Wrong With Me.wma | A+ | 2,844KB | Audio | Nothin |
| Blazin_Cube524@Kfeshare | AlbumArt_{7CCAE3F2-27A3-408B-A05B-2B4FC43D5SCA}_... | Unknown | 7KB | Image | AlbumArt_{7CCAE3F2-27A3-408B- |
| Blazin_Cube524@Kfeshare | AlbumArt_{7CCAE3F2-27A3-408B-A05B-2B4FC43D5SCA}_... | Unknown | 2KB | Image | AlbumArt_{7CCAE3F2-27A3-408B- |
| Blazin_Cube524@Kfeshare | AlbumArt_{3E396E65-2918-4E22-8E14-15365900B567}_... | Unknown | 7KB | Image | AlbumArt_{3E396E65-2918-4E22-E |
| Blazin_Cube524@Kfeshare | AlbumArt_{3E396E65-2918-4E22-8E14-15365900B567}_... | Unknown | 2KB | Image | AlbumArt_{3E396E65-2918-4E22-E |
| Blazin_Cube524@Kfeshare | AlbumArt_{80922044-5223-4154-B728-CD5A7F83743A}_... | Unknown | 10KB | Image | AlbumArt_{80922044-5223-4154- |
| Blazin_Cube524@Kfeshare | AlbumArt_{80922044-5223-4154-B728-CD5A7F83743A}_... | Unknown | 2KB | Image | AlbumArt_{80922044-5223-4154- |
| Blazin_Cube524@Kfeshare | Lifehouse - Hanging By A Moment.mp3 | Lifehouse | 3,375KB | Audio | Ha |
| Blazin_Cube524@Kfeshare | lifehouse - Sweet Lullaby.mp3 | Lifehouse | 5,425KB | Audio | |
| Blazin_Cube524@Kfeshare | marc broussard - blue jeans.mp3 | Marc Broussard | 3,302KB | Audio | |
| Blazin_Cube524@Kfeshare | Memphis Cleek - Do It Al Again.mp3 | Memphis Bleek | 4,353KB | Audio | |
| Blazin_Cube524@Kfeshare | Memphis Bleek - Hall No.mp3 | Memphis Bleek | 2,809KB | Audio | |

Found 1304 files

3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cube524@fileshare | Memphis Bleek - Do It All Again.mp3 | Memphis Bleek | 4,598KB | Audio | |
| Blazin_Cube524@fileshare | Memphis Bleek - Hell No.mp3 | Memphis Bleek | 3,804KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{B07A86AA-8369-40B1-8DE7-6CA6796AADE9}... | Unknown | 5KB | Image | AlbumArt_{B07A86AA-8369-40B1 |
| Blazin_Cube524@fileshare | AlbumArt_{B07A86AA-8369-40B1-8DE7-6CA6796AADE9}... | Unknown | 1KB | Image | AlbumArt_{B07A86AA-8369-40B1 |
| Blazin_Cube524@fileshare | AlbumArt_{E80AAC8C-34D0-4F48-987F-3084E934CD2C}... | Unknown | 10KB | Image | AlbumArt_{E80AAC8C-34D0-4F48 |
| Blazin_Cube524@fileshare | AlbumArt_{E80AAC8C-34D0-4F48-987F-3084E934CD2C}... | Unknown | 2KB | Image | AlbumArt_{E80AAC8C-34D0-4F48 |
| Blazin_Cube524@fileshare | AlbumArt_{5EF98067-444D-49F3-8815-E34930B54122}_... | Unknown | 2KB | Image | AlbumArt_{5EF98067-444D-49F3-E |
| Blazin_Cube524@fileshare | AlbumArt_{5EF98067-444D-49F3-8815-E34930B54122}_1... | Unknown | 9KB | Image | AlbumArt_{5EF98067-444D-49F3-E |
| Blazin_Cube524@fileshare | AlbumArt_{30703CEE8-8F95-4889-807F-FOC3CB26CC7A}_... | Unknown | 2KB | Image | AlbumArt_{30703CEE8-8F95-4889- |
| Blazin_Cube524@fileshare | Hillary Duff - Come Clean.wma | Hillary Duff | 2,528KB | Audio | Dirt- |
| Blazin_Cube524@fileshare | Dirty - Hit tha floor.mp3 | A | 4,377KB | Audio | |
| Blazin_Cube524@fileshare | Genuine - Ride My Pony.mp3 | Ginuwine | 3,937KB | Audio | |
| Blazin_Cube524@fileshare | Jodeci - Fallin.mp3 | Jodeci | 1,863KB | Audio | |
| Blazin_Cube524@fileshare | Slow Jams Jodeci - Cry For You.mp3 | Slow Jams | 3,136KB | Audio | 3 |
| Blazin_Cube524@fileshare | AlbumArt_{3A6FFF43-2EF5-4074-8B98-6554EC3E5B5E}_1... | Unknown | 10KB | Image | AlbumArt_{3A6FFF43-2EF5-4074- |
| Blazin_Cube524@fileshare | AlbumArt_{397DC1D8-02F8-4443-9879-420A7764C238}_... | Unknown | 11KB | Image | AlbumArt_{397DC1D8-02F8-4443- |
| Blazin_Cube524@fileshare | AlbumArt_{397DC1D8-02F8-4443-9879-420A7764C238}_... | Unknown | 2KB | Image | AlbumArt_{397DC1D8-02F8-4443- |
| Blazin_Cube524@fileshare | Diamond Rio - How Your Love Makes Me Feel.mp3 | Diamond Rio | 3,683KB | Audio | How Your L |
| Blazin_Cube524@fileshare | dixie chicks - two of a kind.mp3 | Dixie Chicks | 3,961KB | Audio | |
| Blazin_Cube524@fileshare | ruff endz - If It Wasn't For.mp3 | Ruff Endz | 2,560KB | Audio | |
| Blazin_Cube524@fileshare | Sarah Evans - Perfect.mp3 | Sara Evans | 5,673KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{17F20058-B784-43F6-9851-11DD4B3700CF}_... | Unknown | 2KB | Image | AlbumArt_{17F20058-B784-43F6- |
| Blazin_Cube524@fileshare | AlbumArt_{67F8EDA5-559F-447F-A7A4-08CADE7893A9}_... | Unknown | 7KB | Image | AlbumArt_{67F8EDA5-559F-447F- |
| Blazin_Cube524@fileshare | AlbumArt_{67F8EDA5-559F-447F-A7A4-08CADE7893A9}_... | Unknown | 2KB | Image | AlbumArt_{67F8EDA5-559F-447F- |
| Blazin_Cube524@fileshare | AlbumArt_{0FC174E9-9E41-457E-8259-0A92AC3293FC}_... | Unknown | 7KB | Image | AlbumArt_{0FC174E9-9E41-457E- |
| Blazin_Cube524@fileshare | AlbumArt_{0FC174E9-9E41-457E-8259-0A92AC3293FC}_... | Unknown | 2KB | Image | AlbumArt_{0FC174E9-9E41-457E- |
| Blazin_Cube524@fileshare | AlbumArt_{07FA0055-3FCD-4876-8060-49E0EF81FA26}_... | Unknown | 7KB | Image | AlbumArt_{07FA0055-3FCD-4876- |
| Blazin_Cube524@fileshare | AlbumArt_{07FA0055-3FCD-4876-8060-49E0EF81FA26}_... | Unknown | 2KB | Image | AlbumArt_{07FA0055-3FCD-4876- |
| Blazin_Cube524@fileshare | AlbumArt_{1EEA03CA-02CE-49CE-01CA-0FFC7AC1... | Unknown | 10KB | Image | AlbumArt_{1EEA03CA-02CE-49CE |
| Blazin_Cube524@fileshare | AlbumArt_{1EEA03CA-02CE-49CE-01CA-0FFC7AC1... | Unknown | 2KB | Image | AlbumArt_{1EEA03CA-02CE-49CE |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cube524@Kfeshare | AlbumArt_{12DA03CA-B2CE-482F-8456-918A3EF522C1}_... | Unknown | 10KB | Image | AlbumArt_{12DA03CA-B2CE-482F-... |
| Blazin_Cube524@Kfeshare | AlbumArt_{12DA03CA-B2CE-482F-8456-918A3EF522C1}_... | Unknown | 2KB | Image | AlbumArt_{12DA03CA-B2CE-482F- |
| Blazin_Cube524@Kfeshare | AlbumArt_{49E92CB7-14BA-41F8-8076-6C802A0B8443}_... | Unknown | 8KB | Image | AlbumArt_{49E92CB7-14BA-41F8- |
| Blazin_Cube524@Kfeshare | AlbumArt_{49E92CB7-14BA-41F8-8076-6C802A0B8443}_... | Unknown | 2KB | Image | AlbumArt_{49E92CB7-14BA-41F8- |
| Blazin_Cube524@Kfeshare | jodeci - good love.mp3 | Jodeci | 3,389KB | Audio | |
| Blazin_Cube524@Kfeshare | Ginuwine - I Love You More Everyday.mp3 | Ginuwine | 5,661KB | Audio | I Love Y |
| Blazin_Cube524@Kfeshare | diamond rio - Beautiful Mess.mp3 | Diamond Rio | 3,460KB | Audio | |
| Blazin_Cube524@Kfeshare | Sister Hazel - Your Winter.mp3 | Various Artists | 4,372KB | Audio | Your W |
| Blazin_Cube524@Kfeshare | Sister Hazel - All For You.mp3 | Sister Hazel | 3,410KB | Audio | Sister |
| Blazin_Cube524@Kfeshare | Ruff Endz - You.mp3 | Ruff Endz | 2,730KB | Audio | |
| Blazin_Cube524@Kfeshare | Tyrese - Sweet Lady.mp3 | Tyrese | 4,302KB | Audio | |
| Blazin_Cube524@Kfeshare | otis redding - that's how strong my love is.mp3 | Otis Redding | 2,278KB | Audio | That's How |
| Blazin_Cube524@Kfeshare | AZ - Im Back.mp3 | AZ | 3,014KB | Audio | |
| Blazin_Cube524@Kfeshare | Nelly Feat. Justin Timberlake - Work It.wma | Nelly Feat. Justin Timberl... | 2,593KB | Audio | |
| Blazin_Cube524@Kfeshare | Nivea - Dont Mess with my man.MP3 | Nivea | 1,484KB | Audio | Dont |
| Blazin_Cube524@Kfeshare | Keith Urban - Somebody Like You.mp3 | Keith Urban | 4,983KB | Audio | Somebody Like Y |
| Blazin_Cube524@Kfeshare | Kenny Chesney - I Remember.wma | Kenny Chesney | 2,313KB | Audio | |
| Blazin_Cube524@Kfeshare | Dixie Chicks - Cold Day in July.wma | Dixie Chicks | 7,360KB | Audio | |
| Blazin_Cube524@Kfeshare | Linkin Park - Somewhere I Belong.mp3 | Linkin Park | 2,516KB | Audio | S |
| Blazin_Cube524@Kfeshare | Sister Hazel - Life Got In The Way.wma | Unknown | 1,730KB | Audio | Sister Hazel - L |
| Blazin_Cube524@Kfeshare | Avant - You Got Me.mp3 | Avant | 6,410KB | Audio | |
| Blazin_Cube524@Kfeshare | Avant - Everything About You.mp3 | Avant | 5,623KB | Audio | Ev |
| Blazin_Cube524@Kfeshare | Dru Hill - My Angel How Could You.mp3 | Dru Hill | 6,875KB | Audio | my al |
| Blazin_Cube524@Kfeshare | Aaliyah - If Your Girl Only Knew.mp3 | Aaliyah | 2,676KB | Audio | If Y |
| Blazin_Cube524@Kfeshare | Aaliyah- Try Again.mp3 | Aaliyah | 3,065KB | Audio | |
| Blazin_Cube524@Kfeshare | Ashanti - Sweet Baby.mp3 | Ashanti | 1,466KB | Audio | |
| Blazin_Cube524@Kfeshare | Avant - I Wanna Be.wma | Avant | 2,716KB | Audio | |
| Blazin_Cube524@Kfeshare | Avant - Read Your Mind.wma | Avant | 1,886KB | Audio | |
| Blazin_Cube524@Kfeshare | Avant ft Beyonce - Separate (remix).mp3 | Avant feat Beyonce | 3,662KB | Audio | |
| Blazin_Cube524@Kfeshare | clk_Baby_Cloud_Your_Friend.mp3 | clk | 4,715KB | Audio | |

Avant feat Beyonce

**Found 1304 files**

3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | My Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | Avante ft Beyonce - Separate (remix).mp3 | Avant feat Beyonce | 3,636KB | Audio |
| Blazin_Cube524@fileshare | Silk - Baby Check Your Friend.mp3 | Silk | 4,715KB | Audio |
| Blazin_Cube524@fileshare | Ben Harper - Everything.MP3 | Ben Harper | 2,773KB | Audio |
| Blazin_Cube524@fileshare | Ben Harper - Steal My Kisses.mp3 | Ben Harper | 6,200KB | Audio |
| Blazin_Cube524@fileshare | Ben Harper - Strawberry Fields Forever.mp3 | ben harper | 4,184KB | Audio |
| Blazin_Cube524@fileshare | Better Than Ezra - Extra Ordinary.mp3 | Better Than Ezra | 1,524KB | Audio |
| Blazin_Cube524@fileshare | Bone Thugs N Harmony Feat. Mariah Carey - Breakdown.... | Mariah Carey | 5,732KB | Audio |
| Blazin_Cube524@fileshare | Cassidy Feat. R.kelly - Hotel.wma | R. Kelly | 752KB | Audio |
| Blazin_Cube524@fileshare | Dirty - Candyman.mp3 | Dirty Boyz | 4,609KB | Audio |
| Blazin_Cube524@fileshare | Dirty - Da Hood.mp3 | Dirty Boyz | 3,916KB | Audio |
| Blazin_Cube524@fileshare | Dirty - My Cadillac.mp3 | Dirty Boys | 3,658KB | Audio |
| Blazin_Cube524@fileshare | Dixie Chicks - Earl Had to Die.mp3 | Dixie Chicks | 1,666KB | Audio |
| Blazin_Cube524@fileshare | Dixie Chicks - If I Fall Your Going Down With Me.mp3 | Dixie Chicks | 2,890KB | Audio |
| Blazin_Cube524@fileshare | Dixie Chicks - More Love.mp3 | Dixie Chicks | 6,332KB | Audio |
| Blazin_Cube524@fileshare | Dixie Chicks - I Can Love You Better.mp3 | Dixie Chicks | 3,660KB | Audio |
| Blazin_Cube524@fileshare | Dixie Chicks - Never Say Die.mp3 | Dixie Chicks | 3,704KB | Audio |
| Blazin_Cube524@fileshare | Dru Hill - All Alone.mp3 | Dru Hill | 2,534KB | Audio |
| Blazin_Cube524@fileshare | Dru Hill - How Deep Is Your Love.mp3 | Dru Hill | 3,802KB | Audio |
| Blazin_Cube524@fileshare | Dru Hill - These Are the Times.mp3 | druhil | 3,892KB | Audio |
| Blazin_Cube524@fileshare | Faith Hill - She's A Wild One.mp3 | Faith Hill | 2,123KB | Audio |
| Blazin_Cube524@fileshare | Fefe Dobson - Find My Way Back.mp3 | Michele Branch | 6,509KB | Audio |
| Blazin_Cube524@fileshare | Camron - Hey Ma Remix.mp3 | Cam'ron/Juelz Santana | 3,656KB | Audio |
| Blazin_Cube524@fileshare | Dru Hill - I Do.mp3 | Dru Hill | 3,509KB | Audio |
| Blazin_Cube524@fileshare | Jodeci - Lately.mp3 | Jodeci | 4,177KB | Audio |
| Blazin_Cube524@fileshare | Lawn Boyz - Hoterz and Bitchez.mp3 | Lawn Boyz | 4,376KB | Audio |
| Blazin_Cube524@fileshare | Dru Hill - Without You.mp3 | Sisqo ft Dru Hill | 2,966KB | Audio |
| Blazin_Cube524@fileshare | Tim Mcgraw - She's My Kind of Rain.wma | Unknown | 2,025KB | Audio |
| Blazin_Cube524@fileshare | Dirty Boyz - The Weed Song.mp3 | Dirty Boyz | 4,573KB | Audio |
| Blazin_Cube524@fileshare | Leann Wimud - I Hope You Dance.mp3 | Lee Ann Womud | 1,103KB | Audio |
| Blazin_Cube524@fileshare | Tim Mcgraw - My Best Friend.mp3 | Tim McGraw | 3,376KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| Blazin_Cube524@fileshare | LeAnn Womack - I Hope You Dance.mp3 | Lee Ann Womack | 1,133KB | Audio | |
| Blazin_Cube524@fileshare | Tim Mcgraw - My Best Friend.mp3 | Tim McGraw | 3,278KB | Audio | |
| Blazin_Cube524@fileshare | Trapt - Echo.mp3 | Trapt | 3,935KB | Audio | |
| Blazin_Cube524@fileshare | Tim McGraw - Sniffin.mp3 | Tim McGraw | 2,092KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{67294488-6F21-4681-B367-8FA0E1B68EBC}_1... | Unknown | 12KB | Image | AlbumArt_{67294488-6F21-4681-E |
| Blazin_Cube524@fileshare | AlbumArt_{67294488-6F21-4681-B367-8FA0E1B68EBC}_... | Unknown | 2KB | Image | AlbumArt_{67294488-6F21-4681-E |
| Blazin_Cube524@fileshare | AlbumArt_{A21D67E7-EAC7-4CA8-B548-05C3848B3806}_... | Unknown | 8KB | Image | AlbumArt_{A21D67E7-EAC7-4CA8- |
| Blazin_Cube524@fileshare | AlbumArt_{A21D67E7-EAC7-4CA8-B548-05C3848B3806}_... | Unknown | 2KB | Image | AlbumArt_{A21D67E7-EAC7-4CA8- |
| Blazin_Cube524@fileshare | AlbumArt_{B4E30A23-BE7E-4698-B3A3-E09309774D4D}_... | Unknown | 11KB | Image | AlbumArt_{B4E30A23-BE7E-4698- |
| Blazin_Cube524@fileshare | AlbumArt_{B4E30A23-BE7E-4698-B3A3-E09309774D4D}_... | Unknown | 2KB | Image | AlbumArt_{B4E30A23-BE7E-4698- |
| Blazin_Cube524@fileshare | AlbumArt_{DE8D8364-F340-4795-B77D-825137B457A1}_... | Unknown | 4KB | Image | AlbumArt_{DE8D8364-F340-4795- |
| Blazin_Cube524@fileshare | AlbumArt_{DE8D8364-F340-4795-B77D-825137B457A1}_... | Unknown | 1KB | Image | AlbumArt_{DE8D8364-F340-4795- |
| Blazin_Cube524@fileshare | AlbumArt_{FA2463EA-7368-4874-9CCB-40CD181EA41E}_... | Unknown | 9KB | Image | AlbumArt_{FA2463EA-7368-4874- |
| Blazin_Cube524@fileshare | AlbumArt_{FA2463EA-7368-4874-9CCB-40CD181EA41E}_... | Unknown | 2KB | Image | AlbumArt_{FA2463EA-7368-4874- |
| Blazin_Cube524@fileshare | AlbumArt_{95850E93-4483-4281-BEBD-272D0C16E2C1}_... | Unknown | 9KB | Image | AlbumArt_{95850E93-4483-4281- |
| Blazin_Cube524@fileshare | AlbumArt_{95850E93-4483-4281-BEBD-272D0C16E2C1}_... | Unknown | 2KB | Image | AlbumArt_{95850E93-4483-4281- |
| Blazin_Cube524@fileshare | Craig Morgan - Almost Home.MP3 | Craig Morgan | 1,987KB | Audio | |
| Blazin_Cube524@fileshare | Dashboard Confessional - Hands Down.mp3 | Dashboard Confessional | 3,710KB | Audio | |
| Blazin_Cube524@fileshare | Dru Hill - Never Make A Promise.mp3 | Dru Hill | 5,120KB | Audio | |
| Blazin_Cube524@fileshare | Jessica Simpson - With You.wma | Jessica simpson | 1,901KB | Audio | Ne |
| Blazin_Cube524@fileshare | AlbumArt_{492A6E47-E45A-4D9F-B480-D680E66FDEA1}_... | Unknown | 7KB | Image | AlbumArt_{492A6E47-E45A-4D9F- |
| Blazin_Cube524@fileshare | AlbumArt_{492A6E47-E45A-4D9F-B480-D680E66FDEA1}_... | Unknown | 2KB | Image | AlbumArt_{492A6E47-E45A-4D9F- |
| Blazin_Cube524@fileshare | AlbumArt_{588E1C9E-BCCC-461D-BB1A-AC459519380A}_... | Unknown | 14KB | Image | AlbumArt_{588E1C9E-BCCC-461D |
| Blazin_Cube524@fileshare | AlbumArt_{588E1C9E-BCCC-461D-BB1A-AC459519380A}_... | Unknown | 2KB | Image | AlbumArt_{588E1C9E-BCCC-461D |
| Blazin_Cube524@fileshare | AlbumArt_{6C859385-82D4-4703-9078-60C8822E76C4}_... | Unknown | 10KB | Image | AlbumArt_{6C859385-82D4-4703- |
| Blazin_Cube524@fileshare | AlbumArt_{6C859385-82D4-4703-9078-60C8822E76C4}_... | Unknown | 2KB | Image | AlbumArt_{6C859385-82D4-4703- |
| Blazin_Cube524@fileshare | AlbumArt_{8EC1E06A-5868-44AF-99A2-E30A829D1ABD}_... | Unknown | 6KB | Image | AlbumArt_{8EC1E06A-5868-44AF- |
| Blazin_Cube524@fileshare | AlbumArt_{8EC1E06A-5868-44AF-99A2-E30A829D1ABD}_... | Unknown | 1KB | Image | AlbumArt_{8EC1E06A-5868-44AF- |
| Blazin_Cube524@fileshare | AlbumArt_{8EC1E06A-5868-44AF-99A2-E30A829D1ABD}_... | Unknown | 3KB | Image | AlbumArt_{8EC1E06A-5868-44AF- |
| Blazin_Cube524@fileshare | | Unknown | 1KB | Image | AlbumArt_{8EC1E06A-5868-44AF- |

Not sharing any files

3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)

Found 1304 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D29792898}_... | Unknown | 3KB | Image | AlbumArt_{386A70FC-9CFA-4C11... |
| Blazin_Cube524@fileshare | AlbumArt_{CEED87B-E766-4684-A126-123D1CF948BC}_... | Unknown | 10KB | Image | AlbumArt_{CEED87B-E766-4684- |
| Blazin_Cube524@fileshare | AlbumArt_{CEED87B-E766-4684-A126-123D1CF948BC}_... | Unknown | 2KB | Image | AlbumArt_{CEED87B-E766-4684- |
| Blazin_Cube524@fileshare | AlbumArt_{34FF12AD-115D-4371-8069-F87EBA54D407}_... | Unknown | 7KB | Image | AlbumArt_{34FF12AD-115D-4371- |
| Blazin_Cube524@fileshare | AlbumArt_{34FF12AD-115D-4371-8069-F87EBA54D407}_... | Unknown | 2KB | Image | AlbumArt_{34FF12AD-115D-4371- |
| Blazin_Cube524@fileshare | AlbumArt_{580184E4-CFFF-47A3-8852-C4EA4611A821}_... | Unknown | 9KB | Image | AlbumArt_{580184E4-CFFF-47A3- |
| Blazin_Cube524@fileshare | AlbumArt_{580184E4-CFFF-47A3-8852-C4EA4611A821}_... | Unknown | 2KB | Image | AlbumArt_{580184E4-CFFF-47A3- |
| Blazin_Cube524@fileshare | AlbumArt_{80E5776E-69E0-42F8-85C1-71A36AAC5986}_... | Unknown | 8KB | Image | AlbumArt_{80E5776E-69E0-42F8- |
| Blazin_Cube524@fileshare | AlbumArt_{80E5776E-69E0-42F8-85C1-71A36AAC5986}_... | Unknown | 2KB | Image | AlbumArt_{80E5776E-69E0-42F8- |
| Blazin_Cube524@fileshare | Ruff Ends - 1 Apologize.mp3 | Ruff Endz | 3,116KB | Audio | |
| Blazin_Cube524@fileshare | Lonestar - Not A Day Goes By.wma | Lonestar | 1,967KB | Audio | |
| Blazin_Cube524@fileshare | Josh Kelly - Home To Me.mp3 | artist | 4,487KB | Audio | |
| Blazin_Cube524@fileshare | Stained For You 10.mp3 | Staind | 1,405KB | Audio | |
| Blazin_Cube524@fileshare | staind- it's been a while.mp3 | staind | 3,042KB | Audio | |
| Blazin_Cube524@fileshare | Staind - Epiphany.mp3 | Staind | 2,018KB | Audio | |
| Blazin_Cube524@fileshare | AlbumArt_{0120F68-6581-45C1-8296-6894E22EB173}_1... | Unknown | 8KB | Image | AlbumArt_{0120F68-6581-45C1 |
| Blazin_Cube524@fileshare | AlbumArt_{0120F68-6581-45C1-8296-6894E22EB173}_... | Unknown | 2KB | Image | AlbumArt_{0120F68-6581-45C1 |
| Blazin_Cube524@fileshare | AlbumArt_{A5D96C64-01DF-46AE-8DF5-A85D41965016}_... | Unknown | 10KB | Image | AlbumArt_{A5D96C64-01DF-46AE |
| Blazin_Cube524@fileshare | AlbumArt_{A5D96C64-01DF-46AE-8DF5-A85D41965016}_... | Unknown | 2KB | Image | AlbumArt_{A5D96C64-01DF-46AE |
| Blazin_Cube524@fileshare | 01_LUCKY_BREATHE-simplemp3s.mp3 | MELISSA ETHERIDGE | 4,744KB | Audio | |
| Blazin_Cube524@fileshare | 13-avant-everything_about_you-rns(4).mp3 | Avant | 5,629KB | Audio | Ev |
| Blazin_Cube524@fileshare | AlbumArt_{5A8E55B7-074A-4C45-8725-32232495564C}_... | Unknown | 10KB | Image | AlbumArt_{5A8E55B7-074A-4C45 |
| Blazin_Cube524@fileshare | AlbumArt_{5A8E55B7-074A-4C45-8725-32232495564C}_... | Unknown | 2KB | Image | AlbumArt_{5A8E55B7-074A-4C45 |
| Blazin_Cube524@fileshare | Chris Cagle- Chicks Dig It.wma | Chris Cagle | 1,903KB | Audio | |
| Blazin_Cube524@fileshare | Faith Hill - Cry.mp3 | Faith Hill | 4,427KB | Audio | |
| Blazin_Cube524@fileshare | Fefe Dobson - Everything.mp3 | Fefe Dobson | 5,226KB | Audio | |
| Blazin_Cube524@fileshare | George Straight - I Just Wanna Dance With You.mp3 | George Strait | 3,686KB | Audio | |
| Blazin_Cube524@fileshare | George Strait - Desperately.wma | George Strait | 1,973KB | Audio | I Just Work |
| Blazin_Cube524@fileshare | George Strait- I Get Carried Away.mp3 | George Strait | 1,904KB | Audio | |
| Blazin_Cube524@fileshare | George Strait- Wish This Room.mp3 | George Strait | 2,452KB | Audio | |

Found 1304 Files

3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | George Strait - I Get Carried Away.mp3 | George Strait | 1,984KB | Audio |
| Blazin_Cube524@fileshare | George Strait - Write This Down.mp3 | George Strait | 3,453KB | Audio |
| Blazin_Cube524@fileshare | Hoobastank - The Reason.wma | Hoobastank | 2,303KB | Audio |
| Blazin_Cube524@fileshare | Hootie And the Blowfish - I'll Be There For You.mp3 | Hootie and the Blowfish | 3,726KB | Audio |
| Blazin_Cube524@fileshare | Ingram Hill - Almost Perfect.mp3 | Ingram Hill | 3,152KB | Audio |
| Blazin_Cube524@fileshare | Ingram Hill - Heavy Things (1).mp3 | Ingram Hill | 4,796KB | Audio |
| 2 Users | Ingram Hill - Superman.mp3 | Ingram Hill | 3,528KB | Audio |
| Blazin_Cube524@fileshare | Ingram Hill - Without You.mp3 | Ingram hill | 4,926KB | Audio |
| Blazin_Cube524@fileshare | J-Kwon --Tipsy.mp3 | J-Kwon | 3,727KB | Audio |
| Blazin_Cube524@fileshare | Jagged Edge - He Cant Love You.mp3 | Jagged Edge | 3,442KB | Audio |
| Blazin_Cube524@fileshare | Jc Chasez - Blowin Me Up With Her Love.mp3 | JC Chasez | 4,919KB | Audio |
| Blazin_Cube524@fileshare | John Micheal Montgomery - Life's A Dance.mp3 | Clay walker | 2,481KB | Audio |
| Blazin_Cube524@fileshare | Josh Kelly - Amazing.mp3 | Josh Kelley | 3,430KB | Audio |
| Blazin_Cube524@fileshare | Josh Kelly - Believe.wma | Josh Kelley | 2,376KB | Audio |
| Blazin_Cube524@fileshare | Josh Kelly - Different Situation.mp3 | Josh Kelley | 4,128KB | Audio |
| Blazin_Cube524@fileshare | Josh Kelly - Old Time Memory.wma | Josh Kelley | 1,970KB | Audio |
| Blazin_Cube524@fileshare | Justin Timberlake.mp3 | Justin Timberlake Ft. 50... | 2,123KB | Audio |
| Blazin_Cube524@fileshare | Lawn Boys - We Be Ridin'.MP3 | Dirty | 3,735KB | Audio |
| Blazin_Cube524@fileshare | Leann Rimes - Can't Fight the Moonlight.MP3 | LeAnn Rimes | 1,258KB | Audio |
| Blazin_Cube524@fileshare | Leann Rimes - Life Goes On.mp3 | LeAnne Rimes | 4,690KB | Audio |
| Blazin_Cube524@fileshare | Leann Rimes - One Way Ticket.mp3 | LeAnne Rimes | 2,842KB | Audio |
| Blazin_Cube524@fileshare | Lil Scrappy  ft. Lil Jon - Head Bussa.mp3 | Lil Scrappy f/Lil Jon | 3,733KB | Audio |
| Blazin_Cube524@fileshare | Lilix - 24-7.mp3 | Lilix | 3,568KB | Audio |
| Blazin_Cube524@fileshare | LSG - Door #1.mp3 | LSG | 4,718KB | Audio |
| Blazin_Cube524@fileshare | Ludacris - Pussy Poppin'.wma | Ludacris | 2,301KB | Audio |
| Blazin_Cube524@fileshare | Ludacris - Splash Waterfalls remix.mp3 | Ludacrus | 3,857KB | Audio |
| Blazin_Cube524@fileshare | Ludacris - Stand Up.mp3 | Ludacris | 5,264KB | Audio |
| Blazin_Cube524@fileshare | Ludacris - What's Your Fantasy.mp3 | Ludacris | 4,307KB | Audio |
| Blazin_Cube524@fileshare | Ludacris and TI - Welcome to Atlanta.VPG | Ludacris | 1,354KB | Audio |
| Blazin_Cube524@fileshare | Mariah Carey - Hero.mp3 | Mariah Carey | 2,649KB | Audio |