# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Ludacris and JD - Welcome to Atlanta.MP3 | Ludacris | 1,334KB | Audio |
| Blazin_Cutie524@fileshare | Mariah Carey - Hero.mp3 | Mariah Carey | 2,544KB | Audio |
| Blazin_Cutie524@fileshare | Maroon 5 - 01 - Harder to Breathe.mp3 | Maroon 5 | 4,070KB | Audio |
| Blazin_Cutie524@fileshare | mya-fallen.wma | Mya | 3,364KB | Audio |
| Blazin_Cutie524@fileshare | O-Town - Baby I Would.mp3 | O-Town | 3,715KB | Audio |
| Blazin_Cutie524@fileshare | O-Town - These are the days.mp3 | O-Town | 4,136KB | Audio |
| Blazin_Cutie524@fileshare | Pastor Troy - We Ready 2000 Part II.mp3 | Pastor Troy | 5,764KB | Audio |
| Blazin_Cutie524@fileshare | Raise Up (Remix).mp3 | Petey Pablo | 4,326KB | Audio |
| Blazin_Cutie524@fileshare | Rascal Flatts - I Melt.mp3 | Rascal Flatts | 3,665KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{E91BD850-FACC-4406-9299-C318DC8DAA9A}... | Unknown | 4KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{E91BD850-FACC-4406-9299-C318DC8DAA9A}... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | Sammie - I Like It.mp3 | Sammie | 2,690KB | Audio |
| Blazin_Cutie524@fileshare | Sara Mclahclan - I Will Remember You.mp3 | sarah mclachlan | 2,305KB | Audio |
| Blazin_Cutie524@fileshare | Sister Hazel - Running Through the Fields.mp3 | Sister Hazel | 4,642KB | Audio |
| Blazin_Cutie524@fileshare | Third Day - I've Always Loved You.mp3 | Third Day | 4,181KB | Audio |
| Blazin_Cutie524@fileshare | Three Doors Down - Away from the Sun.wma | Three Doors Down | 4,578KB | Audio |
| Blazin_Cutie524@fileshare | Tim Mcgraw - A Heart Dont Forget.mp3 | tim magraw | 3,035KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Everywhere.mp3 | Tim McGraw | 4,530KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Please Remember Me.mp3 | Tim McGraw | 4,622KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Some Things Never Change.mp3 | 3 | 3,694KB | Audio |
| Blazin_Cutie524@fileshare | Tim Mcgraw - Things Change.mp3 | Tim Mcgraw | 3,128KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Where the Green Grass Grows.mp3 | Tim McGraw | 2,756KB | Audio |
| Blazin_Cutie524@fileshare | Tim Rushlow - How It's Gonna Be.mp3 | Tim Rushlow | 2,142KB | Audio |
| 2 Users | Tim Rushlow - Wish You Were Here.mp3 | Tim Rushlow | 5,102KB | Audio |
| Blazin_Cutie524@fileshare | Travis Tritt - If I lost you.mp3 | Travis Tritt | 2,716KB | Audio |
| Blazin_Cutie524@fileshare | Travis Tritt - Tell Me I Was Dreaming.mp3 | Travis Tritt | 3,315KB | Audio |
| Blazin_Cutie524@fileshare | Trillville_Lil Scrappy-Neva Eva.wma | Rap | 4,345KB | Audio |
| Blazin_Cutie524@fileshare | Every Now And Then.MP3 | Garth Brooks | 1,748KB | Audio |
| Blazin_Cutie524@fileshare | Usher - You Remind Me.mp3 | Usher | | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Usher - You Remind Me.mp3 | Usher | 2,909KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - Falling.mp3 | Weekend Excursion | 2,720KB | Audio |
| Blazin_Cutie524@fileshare | Ying Yang Twins - By Myself.mp3 | Ying Yang Twins | 4,456KB | Audio |
| Blazin_Cutie524@fileshare | Ying Yang Twins - Salt Shaker.wma | Lil Jon | 5,943KB | Audio |
| Blazin_Cutie524@fileshare | Young Bloodz - Shake 'Em Off.mp3 | Young Blood | 2,601KB | Audio |
| Blazin_Cutie524@fileshare | Clint Black-Spend My Time.mp3 | Clint Black | 3,681KB | Audio |
| Blazin_Cutie524@fileshare | Dawsons Creek - Walk away.mp3 | A+ | 4,748KB | Audio |
| Blazin_Cutie524@fileshare | Dawsons Creek- Bille Myers - Kiss the rain.mp3 | Dawson's Creek | 2,850KB | Audio |
| Blazin_Cutie524@fileshare | Howie Day - Perfect Time of Day (1).mp3 | Howie Day | 5,623KB | Audio |
| Blazin_Cutie524@fileshare | il stand by u.mp3 | dawsons creek | 2,400KB | Audio |
| Blazin_Cutie524@fileshare | Jessica Simpson - I Think Im In Love With You.mp3 | Jessica Simpson | 1,619KB | Audio |
| Blazin_Cutie524@fileshare | John Michael Montgomery - Letters From Home.wma | John Michael Montgomery | 6,224KB | Audio |
| Blazin_Cutie524@fileshare | Martina McBride - Where Would You Be.mp3 | Martina McBride | 3,213KB | Audio |
| Blazin_Cutie524@fileshare | staind - Outside (Full band).mp3 | Staind | 4,574KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Sleep On It Tonight.mp3 | Tim Mcgraw | 3,687KB | Audio |
| Blazin_Cutie524@fileshare | Tim Rushlow - Wish You Were Here (1).mp3 | Rush | 3,676KB | Audio |
| Blazin_Cutie524@fileshare | Train - Meet Virgina.mp3 | Rock | 3,754KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - Carry On.mp3 | Weekend Excursion | 5,021KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - Changes.mp3 | Weekend Excursion | 4,917KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - Finally Found You.mp3 | Weekend Excursion | 5,860KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - It's Never You.mp3 | Weekend Excursion | 3,539KB | Audio |
| Blazin_Cutie524@fileshare | Young Bloodz Feat Lil' Jon = Damn!.mp3 | Young Bloodz | 4,698KB | Audio |
| Blazin_Cutie524@fileshare | 2 pac - Changes.mp3 | 2 Pac | 2,480KB | Audio |
| Blazin_Cutie524@fileshare | All Saints - I Know Where It's At.mp3 | All Saints | 3,762KB | Audio |
| Blazin_Cutie524@fileshare | All Saints - The Beach.MP3 | All Saints | 4,153KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - Thinking of You.mp3 | Weekend Excursion | 4,541KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion- Remember.mp3 | Weekend Excursion | 3,673KB | Audio |
| Blazin_Cutie524@fileshare | Jimi Hendrix - Starway to Heaven.mp3 | Jimi Hendrix | 2,059KB | Audio |
| Blazin_Cutie524@fileshare | 07 - only hurts when so breathing (1).mp3 | Shania Twain | 3,165KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | 07 - only_hurts_when_im_breathing (1).mp3 | Shania Twain | 3,169KB | Audio | It Only Hurts |
| Blazin_Cutie524@fileshare | Mariah_Carey-Always_Be_My_Baby (1).mp3 | Mariah Carey | 1,745KB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{61DC072A-739A-4F24-B00A-18D4E3A94E43}_... | Unknown | 8KB | Image | AlbumArt_{61DC072A-739A-4F24 |
| Blazin_Cutie524@fileshare | AlbumArt_{61DC072A-739A-4F24-B00A-18D4E3A94E43}_... | Unknown | 2KB | Image | AlbumArt_{61DC072A-739A-4F24 |
| Blazin_Cutie524@fileshare | 02-Story of the Year-Until the Day I Die.wma | story of the year | 5,647KB | Audio | |
| Blazin_Cutie524@fileshare | Stacie Orrico - More to life.wma | Stacie Orrico | 3,169KB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{3A6FFF43-2EF5-4074-BB98-6554EC3E585E}_... | Unknown | 2KB | Image | AlbumArt_{3A6FFF43-2EF5-4074 |
| Blazin_Cutie524@fileshare | Deuce Komradz.mp3 | DEUCE KOMRADZ | 4,312KB | Audio | |
| Blazin_Cutie524@fileshare | Fefe Dobson - We Went for a Ride.mp3 | Fefe Dobson | 3,498KB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{F50DD277-7DD8-4320-81DE-8417AEC71570}_... | Unknown | 7KB | Image | AlbumArt_{F50DD277-7DD8-4320- |
| Blazin_Cutie524@fileshare | AlbumArt_{F50DD277-7DD8-4320-81DE-8417AEC71570}_... | Unknown | 2KB | Image | AlbumArt_{F50DD277-7DD8-4320- |
| Blazin_Cutie524@fileshare | AlbumArt_{89AE4B27-9D63-486C-9F16-02EA16F404BB}_... | Unknown | 2KB | Image | AlbumArt_{89AE4B27-9D63-486C- |
| Blazin_Cutie524@fileshare | AlbumArt_{B338C4F1-CC6F-4984-AD86-DCC9062285D0}_... | Unknown | 2KB | Image | AlbumArt_{B338C4F1-CC6F-4984 |
| Blazin_Cutie524@fileshare | AlbumArt_{664CD231-ECD4-49C7-94F8-F1125954BFED}_... | Unknown | 2KB | Image | AlbumArt_{664CD231-ECD4-49C7- |
| Blazin_Cutie524@fileshare | AlbumArt_{AAAF1A45-7310-4749-A818-C1D35B2CEEF3}_... | Unknown | 7KB | Image | AlbumArt_{AAAF1A45-7310-4749 |
| Blazin_Cutie524@fileshare | AlbumArt_{AAAF1A45-7310-4749-A818-C1D35B2CEEF3}_... | Unknown | 2KB | Image | AlbumArt_{AAAF1A45-7310-4749 Shell Leav |
| Blazin_Cutie524@fileshare | George Strait - With A Smile.mp3 | George Strait | 2,796KB | Audio | |
| Blazin_Cutie524@fileshare | Ginuwine - In Those Jeans.wma | Genuine | 2,403KB | Audio | |
| Blazin_Cutie524@fileshare | Incubus - I Miss you (1).mp3 | Incubus | 1,972KB | Audio | |
| Blazin_Cutie524@fileshare | Incubus 04 - The Warmth.mp3 | Incubus | 3,129KB | Audio | |
| Blazin_Cutie524@fileshare | Ingram Hill - Maybe It's Me.mp3 | Ingram Hill | 3,633KB | Audio | |
| Blazin_Cutie524@fileshare | JAY Z-the black album-ENCORE-cnnnl.mp3 | JAY Z | 3,825KB | Audio | |
| Blazin_Cutie524@fileshare | Juelz Santana - Dipset.mp3 | Unknown | 2,193KB | Audio | |
| Blazin_Cutie524@fileshare | Juelz Santana - Down.mp3 | Juelz Santana | 3,532KB | Audio | |
| Blazin_Cutie524@fileshare | Juelz Santana - Why.mp3 | Juelz Santana | 2,316KB | Audio | |
| Blazin_Cutie524@fileshare | Justin Timberlake - Still On My Brain.mp3 | Justin Timberlake | 2,188KB | Audio | |
| Blazin_Cutie524@fileshare | Justin Timberlake - Take It From Here.mp3 | justin timberlake | 1,115KB | Audio | |
| Blazin_Cutie524@fileshare | Your Smiling Face.mp3 | Ingram Hill | 2,254KB | Audio | |
| Blazin_Cutie524@fileshare | AlbumArt_{5AE89C31-0499-4E27-9B5C-9BB6E86F7AE} | Unknown | 1KB | Image | AlbumArt_{5AE89C31-0499-4057 |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Tell A Friend
New search | Download | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | AlbumArt_{5AE99C31-0498-40E7-88E2-3BB3CECBF7AB}_... | Unknown | 13KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{5AE99C31-0498-40E7-88E2-3BB3CECBF7AB}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9DE634C1-CB73-405E-9688-055939C58343}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9DE634C1-CB73-405E-9688-055939C58343}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{DB18E7D4-070D-40A7-B08D-63A7D3AB4D06}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{DB18E7D4-070D-40A7-B08D-63A7D3AB4D06}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{932024FB-45CE-44D1-986E-3F9E6FE71618}_1... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{932024FB-45CE-44D1-986E-3F9E6FE71618}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{01DA6D50-9CB0-4352-80B2-B1496D421C6B}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{01DA6D50-9CB0-4352-80B2-B1496D421C6B}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{D2D12459-6F6C-4E70-8098-0F73BA1C8F4B}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | Melissa Ethridge - I'm The Only One.mp3 | Melissa Etheridge | 3,479KB | Audio |
| Blazin_Cutie524@fileshare | Mercy Me - Psalm 104.mp3 | MercyMe | 2,842KB | Audio |
| Blazin_Cutie524@fileshare | Mercy Me - The Worship Project.mp3 | MercyMe | 3,868KB | Audio |
| Blazin_Cutie524@fileshare | MEST - Another Day.mp3 | MEST | 2,048KB | Audio |
| Blazin_Cutie524@fileshare | MEST - Misunderstood.mp3 | MEST | 2,132KB | Audio |
| Blazin_Cutie524@fileshare | MEST - Opinions.mp3 | MEST | 2,224KB | Audio |
| Blazin_Cutie524@fileshare | MEST - Your Promise.mp3 | mest | 4,176KB | Audio |
| Blazin_Cutie524@fileshare | One of These Days.mp3 | Tim McGraw | 3,304KB | Audio |
| Blazin_Cutie524@fileshare | Paster Troy and 36 mafia (1)(1).mp3 | Pastor Troy | 4,065KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{B0301115-1966-407C-BCC6-D32DF27C78D1}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B0301115-1966-407C-BCC6-D32DF27C78D1}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{C78D74BE-5251-4BE6-9F54-781661D00300}_... | Unknown | 13KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{C78D74BE-5251-4BE6-9F54-781661D00300}_... | Unknown | 3KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{1F7E1C61-C9F5-4CEB-B39A-939EFF26D1B1}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{1F7E1C61-C9F5-4CEB-B39A-939EFF26D1B1}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B22F642C-D9DD-4239-93FC-68E0F3655577}_... | Unknown | 6KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B22F642C-D9DD-4239-93FC-68E0F3655577}_... | Unknown | 1KB | Image |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | AlbumArt_{C6C1633D-C3F8-45C2-9AEE-BACC0B27FB29}_... | Unknown | 6KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C6C1633D-C3F8-45C2-9AEE-BACC0B27FB29}_... | Unknown | 1KB | Image |
| Blazin_Cube524@fileshare | Switchfoot - Meant To Live.mp3 | Switchfoot | 4,818KB | Audio |
| Blazin_Cube524@fileshare | Weekend Excursion - 12-11.mp3 | Weekend Excursion | 3,366KB | Audio |
| Blazin_Cube524@fileshare | AlbumArt_{C61890A4-C3C4-4B2E-A5B7-6649S2E74456}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C61890A4-C3C4-4B2E-A5B7-6649S2E74456}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{B8E2A768-AF03-4431-883E-AC5DC2C20587}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{B8E2A768-AF03-4431-883E-AC5DC2C20587}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{4AA6462A-0AA0-48A1-A672-A6F03C7E4907}_... | Unknown | 8KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{4AA6462A-0AA0-48A1-A672-A6F03C7E4907}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{2EB925DC-585D-4266-B99C-DC189F2BAD6F}_... | Unknown | 6KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{2EB925DC-585D-4266-B99C-DC189F2BAD6F}_... | Unknown | 1KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{CA759759-B2B3-4AB7-A0D5-DB37472S9CEA}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{CA759759-B2B3-4AB7-A0D5-DB37472S9CEA}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | Billy Currington - I Got A Feelin'.mp3 | Billy Currington | 3,039KB | Audio |
| Blazin_Cube524@fileshare | Kellie Coffey - Whatever It Takes.mp3 | Kellie Coffey | 5,406KB | Audio |
| Blazin_Cube524@fileshare | Weekend Excursion - Theory of a Kiss.mp3 | Weekend Excursion | 3,334KB | Audio |
| Blazin_Cube524@fileshare | AlbumArt_{6D6CADC3-6681-4537-81DB-A042956545E3}_... | Unknown | 7KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{6D6CADC3-6681-4537-81DB-A042956545E3}_... | Unknown | 1KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{1D9AA942-1B19-4A14-920A-DE12A06DE6A8}_... | Unknown | 9KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{1D9AA942-1B19-4A14-920A-DE12A06DE6A8}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{C2061E61-6436-4022-8D08-502D7C86DE04}_... | Unknown | 14KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{2AE2F4B7-76D2-46E5-B8FE-507BB2B6BBAC}_... | Unknown | 6KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{916ADD9F-34C5-4BC5-8152-053C874CEF65}_... | Unknown | 8KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{916ADD9F-34C5-4BC5-8152-053C874CEF65}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{A3D0E88D-5BF8-4FB2-BE54-17664CAD1EA7}_... | Unknown | 9KB | Image |
| Blazin_Cube524@fileshare | AlbumArt_{A3D0E88D-5BF8-4FB2-BE54-17664CAD1EA7}_... | Unknown | 2KB | Image |
| Blazin_Cube524@fileshare | Staind - So Far Away.mp3 | Staind | 5,749KB | Audio |

Found 1904 files   3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)   Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | 13 - That Is What It Is Made For.wma | Usher | 2,768KB | Audio |
| Blazin_Cutie524@fileshare | 15. Usher - Do It To Me.wma | Usher | 2,333KB | Audio |
| Blazin_Cutie524@fileshare | Avril Lavigne - Don't Tell Me.mp3 | Avril Lavigne | 3,302KB | Audio |
| Blazin_Cutie524@fileshare | I don't want to know.wma | P. Diddy/Mario Winans | 2,813KB | Audio |
| Blazin_Cutie524@fileshare | something Corperate - your gone.wma | Something Corperate | 3,277KB | Audio |
| Blazin_Cutie524@fileshare | Train - When I Look to the Sky.wma | Train | 1,940KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{4537BD46-B419-4FC0-8A22-96CB02669F17}_... | Unknown | 3KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{40CA3252-29A7-47AC-85D4-AF270BE1EAF7}_... | Unknown | 8KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{40CA3252-29A7-47AC-85D4-AF270BE1EAF7}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{341D9DCE-750D-4DCC-BD63-805B51487DF0}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{E2EF8FB6-4C07-4A8F-848E-EC7F17549C01}_... | Unknown | 10KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{E2EF8FB6-4C07-4A8F-848E-EC7F17549C01}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{558343AC-92E7-4E87-8027-D4373CC2BD64}_... | Unknown | 7KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{558343AC-92E7-4E87-8027-D4373CC2BD64}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{915DC2EF-531F-49C3-83DA-6EA5349C5888}_... | Unknown | 9KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{915DC2EF-531F-49C3-83DA-6EA5349C5888}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{B67D566E-6900-4713-9881-B96C6F2201FD}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | G-Unit - I Wanna Get to Know You.wma | G-Unit | 4,204KB | Audio |
| Blazin_Cutie524@fileshare | John Mayer - Not Myself.wma | John Mayer | 900KB | Audio |
| Blazin_Cutie524@fileshare | Kilo ali - Baby Baby.mp3 | Kilo ali | 1,616KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{9FB797F4-4498-442B-8914-03D185CD7880}_L... | Unknown | 13KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{9FB797F4-4498-442B-8914-03D185CD7880}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | Kilo Ali - It's Tricky.mp3 | Kilo ali | 4,162KB | Audio |
| Blazin_Cutie524@fileshare | Kimberly Locke - Eighth World Wonder.mp3 | Kimberley Locke | 3,412KB | Audio |
| Blazin_Cutie524@fileshare | LFO - 13 The Sun Still Shines.mp3 | LFO | 4,258KB | Audio |
| Blazin_Cutie524@fileshare | AlbumArt_{04DEB875-E87B-4C0B-8A07-5573A5F055CC}_... | Unknown | 2KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{2AE2F487-76D2-46E5-B8FE-5078B2B68BAC}_... | Unknown | 1KB | Image |
| Blazin_Cutie524@fileshare | AlbumArt_{C2061E61-6436-4022-8D06-502D7C86DE04}_... | Unknown | 3KB | Image |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [Downloaded] | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | AlbumArt_{C96C7A56-2928-438C-900A-2B2AD23035C0}_... | Unknown | 11KB | Image | AlbumArt_{C96C7A56-2928-438C- |
| Blazin_Cutie524@fileshare | AlbumArt_{C96C7A56-2928-438C-900A-2B2AD23035C0}_... | Unknown | 2KB | Image | AlbumArt_{C96C7A56-2928-438C- |
| Blazin_Cutie524@fileshare | AlbumArt_{5C09C257-8196-4FAC-95DC-DA93D65E7E50}_... | Unknown | 6KB | Image | AlbumArt_{5C09C257-8196-4FAC |
| Blazin_Cutie524@fileshare | AlbumArt_{5C09C257-8196-4FAC-95DC-DA93D65E7E50}_... | Unknown | 1KB | Image | AlbumArt_{5C09C257-8196-4FAC |
| Blazin_Cutie524@fileshare | Three Six Mafia - Ghetty Green.mp3 | Project Pat | 3,063KB | Audio | |
| Blazin_Cutie524@fileshare | Vanessa Carlton - Ordinary Day (Cd Quality).mp3 | Vanessa Carlton | 3,726KB | Audio | Ordin... |
| Blazin_Cutie524@fileshare | 05 Leave (Get Out) (1).wma | Jojo | 3,603KB | Audio | |
| Blazin_Cutie524@fileshare | Yolanda-I Gotta Believe.mp3 | Yolanda Adams | 3,455KB | Audio | |
| Blazin_Cutie524@fileshare | mercades -- crazy bout y/e.mp3 | Mercedes | 4,008KB | Audio | |
| Blazin_Cutie524@fileshare | Semisonic - Made To Last .mp3 | Semisonic | 4,631KB | Audio | |
| Blazin_Cutie524@fileshare | Loser Soundtrack - Weetus -Teenage Dirtbag.mp3 | Wheatus | 2,993KB | Audio | |
| Blazin_Cutie524@fileshare | 3 Doors Down - Ticket to Heaven.mp3 | Three Doors Down | 3,244KB | Audio | |
| Blazin_Cutie524@fileshare | Temptations - Lean on Me.mp3 | Bill Withers | 3,550KB | Audio | Bill Wi |
| Blazin_Cutie524@fileshare | Keith Urban - Your Everything.mp3 | Keith Urban | 3,928KB | Audio | |
| Blazin_Cutie524@fileshare | Hootie And The Blowfish - Let Her Cry.mp3 | Hootie And The Blowfish | 6,573KB | Audio | |
| Blazin_Cutie524@fileshare | train - drops of jupiter.mp3 | Train | 4,002KB | Audio | |
| Blazin_Cutie524@fileshare | Clay Walker - A Few Questions.mp3 | Clay Walker | 3,509KB | Audio | |
| Blazin_Cutie524@fileshare | Camron - Hey Ma.mp3 | CAMRON | 3,488KB | Audio | |
| Blazin_Cutie524@fileshare | Hilary Duff - So Yesterday.wma | Hillary Duff | 3,370KB | Audio | |
| Blazin_Cutie524@fileshare | Dixie Chicks - Ready To Run.mp3 | Dixie Chicks | 3,624KB | Audio | |
| Blazin_Cutie524@fileshare | Hootie And the Blowfish - Hey Hey What Can I Do.mp3 | Hootie and the Blowfish | 3,628KB | Audio | Hey I |
| Blazin_Cutie524@fileshare | Jimmy Wayne - I Love You This Much.mp3 | Jimmy Wayne | 3,867KB | Audio | 10 - 1L |
| Blazin_Cutie524@fileshare | Faith Hill - This Kiss.mp3 | Faith Hill | 3,098KB | Audio | |
| Blazin_Cutie524@fileshare | Keith Urban - My Last Name.mp3 | Keith Urban | 3,296KB | Audio | |
| Blazin_Cutie524@fileshare | Tim Mcgraw - You Get Used To Somebody.mp3 | Tim Mcgraw | 3,728KB | Audio | You get |
| Blazin_Cutie524@fileshare | Britney Spears - Everytime (TRL Sneak Peak) (VCD).mpeg | Britney Spears | 9,114KB | Video | vC - E |
| Blazin_Cutie524@fileshare | Dashboard Confessional - Summer Kiss.mp3 | Dashboard Confessionals | 2,213KB | Audio | |
| Blazin_Cutie524@fileshare | Ben Harper - Walk Away.mp3 | Ben Harper | 3,577KB | Audio | My File |

Found 1304 files · 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | My Downloded | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Lonestar - My Front Porch Looking In.mp3 | Lonestar | 3,350KB | Audio |
| Blazin_Cutie524@fileshare | Rascal Flatts - I'm Movin' On.mpg | Rascal Flatts | 51,232KB | Video |
| Blazin_Cutie524@fileshare | Clay Aiken - I Could Not Ask For More.mp3 | Clay Aiken | 1,663KB | Audio |
| Blazin_Cutie524@fileshare | Tim Mcgraw - I Like It! I Love It! (1).mp3 | tim magraw | 2,406KB | Audio |
| Blazin_Cutie524@fileshare | Dashboard Confessional - Remember To Breathe.mp3 | Dashboard Confessionals | 3,412KB | Audio |
| Blazin_Cutie524@fileshare | Incubus - Echo.mp3 | Incubus | 3,383KB | Audio |
| Blazin_Cutie524@fileshare | KC and Jojo - All My Life.mp3 | KCI and JoJo | 5,169KB | Audio |
| Blazin_Cutie524@fileshare | on my own - joey potter (dawsons creek).mp3 | Katie Holmes | 2,414KB | Audio |
| Blazin_Cutie524@fileshare | Mariah Carey - Open Arms.mp3 | Mariah Carey | 3,290KB | Audio |
| Blazin_Cutie524@fileshare | KC_Jojo - angel from above.mp3 | K-Ci and JoJo | 3,334KB | Audio |
| Blazin_Cutie524@fileshare | deestylistic - by my side (1).mp3 | Deestylistic | 4,234KB | Audio |
| Blazin_Cutie524@fileshare | Lonestar - What Might Have Been.mp3 | Lonestar | 3,264KB | Audio |
| Blazin_Cutie524@fileshare | 15 - The Ride of Your Life.mp3 | Neurotica | 3,518KB | Audio |
| Blazin_Cutie524@fileshare | Something Corporate - Falling For You.mp3 | Something Corporate | 2,669KB | Audio |
| Blazin_Cutie524@fileshare | Starting Line, The - Nothing's Gonna Stop Us Now.mp3 | Starting Line, The | 3,322KB | Audio |
| Blazin_Cutie524@fileshare | Colin Raye - One Boy, One Girl.mp3 | Colin Raye | 3,815KB | Audio |
| Blazin_Cutie524@fileshare | Clefhangers - seasons of love.mp3 | UNC Clefhangers | 4,031KB | Audio |
| Blazin_Cutie524@fileshare | mariah carey_boys to men) - i'll be there.mp3 | Mariah Carey | 4,152KB | Audio |
| Blazin_Cutie524@fileshare | Jodeci Feat. Ginuwine - Pony(remix).mp3 | Jodeci_Ginuwine Remix | 4,761KB | Audio |
| Blazin_Cutie524@fileshare | Hilary Duff - Why Not.mp3 | Hillary Duff | 2,850KB | Audio |
| Blazin_Cutie524@fileshare | Better Than Ezra - Desperately Wanting.mp3 | Better Than Ezra | 4,329KB | Audio |
| Blazin_Cutie524@fileshare | Boys II Men_Mariah Carey - One Sweet Day.mp3 | Mariah Carey and Boys II... | 3,292KB | Audio |
| Blazin_Cutie524@fileshare | Nick Cannon - Your Pop's Dont Like me.mp3 | Nick Cannon | 3,606KB | Audio |
| Blazin_Cutie524@fileshare | Mariah Carey - Honey.mp3 | Mariah Carey | 4,696KB | Audio |
| Blazin_Cutie524@fileshare | Jagged Edge - Wake Outta Heaven (2).asf | jagged edge | 8,803KB | Video |
| Blazin_Cutie524@fileshare | Ben Harper - Forever.mp3 | Ben Harper | 3,193KB | Audio |
| Blazin_Cutie524@fileshare | Ben Harper - Excuse Me Mr..mp3 | Ben Harper | 5,063KB | Audio |
| Blazin_Cutie524@fileshare | The Early November - Come Back.mp3 | The Early November | 2,733KB | Audio |
| Blazin_Cutie524@fileshare | Mariah Carey - One more null with you.mp3 | Mariah Carey | 3,594KB | Audio |

Found 1394 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | My Downloaded | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Mariah Carey - One more night with you.mp3 | Mariah Carey | 3,594KB | Audio | One n |
| Blazin_Cutie524@fileshare | Ben Harper - marijuana.mp3 | Ben Harper | 3,353KB | Audio | |
| Blazin_Cutie524@fileshare | Ben Harper - Faded.mp3 | Ben Harper | 4,515KB | Audio | |
| Blazin_Cutie524@fileshare | Mariah Carey - Love Takes Time.mp3 | Mariah Carey | 3,595KB | Audio | |
| Blazin_Cutie524@fileshare | Usher - You Make Me Wanna.mp3 | Usher | 3,457KB | Audio | Yo |
| Blazin_Cutie524@fileshare | Im In Heaven-ATC.mp3 | ATC | 3,594KB | Audio | I n |
| Blazin_Cutie524@fileshare | P. Diddy - I Need A Girl (Part II).mp3 | P. Diddy w/ Ginuine/Loon | 3,271KB | Audio | |
| Blazin_Cutie524@fileshare | Clay Walker - You're Beginning To Get To Me.mp3 | 3. | 2,517KB | Audio | You're Begin |
| Blazin_Cutie524@fileshare | Mariah Carey and Whitney Houston - If You Believe.mp3 | Mariah Carey | 4,210KB | Audio | |
| Blazin_Cutie524@fileshare | Ying Yang Twins - Naggin.mp3 | Ying Yang Twins | 4,142KB | Audio | |
| Blazin_Cutie524@fileshare | chevelle - closure.mp3 | Chevelle | 4,010KB | Audio | |
| Blazin_Cutie524@fileshare | Weekend Excursion - Hard Times (1)(1).mp3 | Weekend Excursion | 4,056KB | Audio | |
| Blazin_Cutie524@fileshare | Chevelle - Send the Pain Below.mp3 | Chevelle | 3,947KB | Audio | |
| Blazin_Cutie524@fileshare | KC and Jo Jo - It's Real.mp3 | K-Ci and JoJo | 3,508KB | Audio | |
| Blazin_Cutie524@fileshare | Chevelle - The Red.mp3 | Chevelle | 3,728KB | Audio | |
| Blazin_Cutie524@fileshare | ying yang twins - Shake Them Haters Off.mp3 | Ying Yang Twins | 3,016KB | Audio | Shak |
| Blazin_Cutie524@fileshare | pastor_troy-09-you_cant_pimp_me_ft_peter_the_disciple... | Pastor Troy | 4,065KB | Audio | You Can't Pi |
| Blazin_Cutie524@fileshare | Avant - Read Your Mind.mp3 | Avant | 2,321KB | Audio | |
| Blazin_Cutie524@fileshare | something corporate - if i die.mp3 | Something Corporate | 4,000KB | Audio | |
| Blazin_Cutie524@fileshare | Avant - Seperated.mp3 | Avant | 3,994KB | Audio | |
| Blazin_Cutie524@fileshare | Avant - My First Love.mp3 | Avant | 4,196KB | Audio | |
| Blazin_Cutie524@fileshare | Avant - Get Away.mp3 | Avant | 3,154KB | Audio | |
| Blazin_Cutie524@fileshare | Starting Line - Best of me (1).mpeg | The Starting Line | 4,080KB | Video | |
| Blazin_Cutie524@fileshare | Carolyn Dawn Johnson - So Complicated 1.mp3 | Carolyn Dawn Johnson | 3,573KB | Audio | |
| Blazin_Cutie524@fileshare | aqua - The Gay Barbie Sang.mp3 | The Wild 94.9 Doghouse | 1,335KB | Audio | |
| Blazin_Cutie524@fileshare | Alanis Morissette - Ironic.mp3 | Alanis Morissette | 3,558KB | Audio | |
| Blazin_Cutie524@fileshare | Brian Mcknight - Anytime.mp3 | Brian McKnight | 4,258KB | Audio | |
| Blazin_Cutie524@fileshare | Goo Goo Dolls - Slide.mp3 | Goo Goo Dolls | 2,494KB | Audio | |
| Blazin_Cutie524@fileshare | Janet Jackson - The One - 19.mp3 | Janet Jackson | 935KB | Audio | |
| | John Mayer - Room for Squares_03_03.mp3 | John Mayer | 4,740KB | Audio | |

Found 1394 files | 3,475,220 users online, sharing 566,425,712 files (5,498,752 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | My Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Janet Jackson - The One - 19.mp3 | Janet Jackson | 998kB | Audio |
| Blazin_Cutie524@fileshare | John Mayer - Room for Squares - 07 - 83.mp3 | John Mayer | 6,749kB | Audio |
| Blazin_Cutie524@fileshare | Babyface - Never Keeping Secrets.mp3 | Baby Face | 4,567kB | Audio |
| Blazin_Cutie524@fileshare | Jagged Edge - Walked Right Out Of Heaven.mp3 | Jagged Edge | 4,245kB | Audio |
| Blazin_Cutie524@fileshare | Joss Stone - Fell In Love With A Boy - 3.mp3 | Joss Stone | 5,632kB | Audio |
| Blazin_Cutie524@fileshare | DJ Sammy - Heaven.mpg | DJ Sammy | 38,390kB | Video |
| Blazin_Cutie524@fileshare | Project Pat - Mista Don't Play - 17 - North, North.mp3 | Project Pat | 3,925kB | Audio |
| Blazin_Cutie524@fileshare | Rascal Flats - These Days.mp3 | Rascal Flatts | 3,390kB | Audio |
| Blazin_Cutie524@fileshare | Stacy Orrico - Dear Friend (1) (1).mp3 | Stacee Orrico | 3,270kB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - Sweet Misery.mp3 | Michelle Branch | 2,246kB | Audio |
| Blazin_Cutie524@fileshare | Tupac - Changes Video (1) (1).mpeg | 2pac | 29,832kB | Video |
| Blazin_Cutie524@fileshare | Tupac - Baby Dont Cry Remix.mp3 | 2pac | 5,022kB | Audio |
| Blazin_Cutie524@fileshare | Good Charlotte - Hold On.MP3 | Good Charlotte | 1,673kB | Audio |
| Blazin_Cutie524@fileshare | Eminem - Cleanin Out My Closet .mp3 | Eminem | 4,657kB | Audio |
| Blazin_Cutie524@fileshare | Dru Hill - I Should Be The One.mp3 | Dru Hill | 4,392kB | Audio |
| Blazin_Cutie524@fileshare | Travis Tritt - It's a great day to be alive.mp3 | Travis Tritt | 3,776kB | Audio |
| Blazin_Cutie524@fileshare | Good Charlotte - The Anthem.mp3 | Good Charlotte | 2,714kB | Audio |
| Blazin_Cutie524@fileshare | Jo Dee Messina - Was That My Life.mp3 | Jo Dee Messina | 3,548kB | Audio |
| Blazin_Cutie524@fileshare | Jay-Z feat. Pharrell - Excuse Me Miss.mp3 | Jay-Z | 2,203kB | Audio |
| Blazin_Cutie524@fileshare | Vanessa Carleton - Pretty Baby.mp3 | Carlton, Vanessa | 2,826kB | Audio |
| Blazin_Cutie524@fileshare | Ruff Endz - 14 - Look To The Hills - music-madness.mp3 | Ruff Endz | 2,982kB | Audio |
| Blazin_Cutie524@fileshare | Linking Park - End.mp3 | Linkin Park | 2,535kB | Audio |
| Blazin_Cutie524@fileshare | Vanessa Carlton_Paradise.mp3 | Vanessa Carlton | 4,526kB | Audio |
| Blazin_Cutie524@fileshare | Linkin Park - Faint.mp3 | Linkin Park | 2,535kB | Audio |
| Blazin_Cutie524@fileshare | 005 - Brand New Day .mp3 | Fairy Foot Echo | 3,349kB | Audio |
| Blazin_Cutie524@fileshare | Aaliyah - One in a million.mp3 | Aaliyah | 3,645kB | Audio |
| Blazin_Cutie524@fileshare | Alanis Morissette - You Oughta Know.mp3 | Alanis Morissette | 3,880kB | Audio |
| Blazin_Cutie524@fileshare | Dru Hill - Tell Me.mp3 | Dru Hill | 3,969kB | Audio |
| Blazin_Cutie524@fileshare | Sindh - Sindh - 04 - Something More.mp3 | Sindh | 5,331kB | Audio |

Found 1,304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files