## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Sinch - Sinch - 04 - Something More.mp3 | Sinch | 5,281KB | Audio | |
| Blazin_Cutie524@fileshare | Dru Hill - Beauty.mp3 | Dru Hill | 4,294KB | Audio | Dru Hill - B |
| Blazin_Cutie524@fileshare | Garth Brooks - Friends in Low Places.mp3 | Garth Brooks | 3,549KB | Audio | Fr |
| Blazin_Cutie524@fileshare | Eminem - sweet home alabama freestyle.mp3 | A+ | 1,672KB | Audio | sweet home |
| Blazin_Cutie524@fileshare | Dave Chapelle - Sesame Street.mp3 | Dave Chapelle | 2,389KB | Audio | |
| Blazin_Cutie524@fileshare | Tim Mcgraw - Angry All The Time.mp3 | Tim McGraw | 3,166KB | Audio | |
| Blazin_Cutie524@fileshare | Chappelle's Show - Pee on You Remix.mpg | Dave Chappelle | 8,919KB | Video | Dave Chappelle - R. kelly - Pee C |
| Blazin_Cutie524@fileshare | Lifehouse - Breathing.mp3 | Lifehouse | 4,343KB | Audio | |
| Blazin_Cutie524@fileshare | Dave Chapelle - Racism Out In The Open.mp3 | All | 2,399KB | Audio | Racis |
| Blazin_Cutie524@fileshare | Maria - I Give You Take.mp3 | Maria | 4,345KB | Audio | |
| Blazin_Cutie524@fileshare | Konstantine(new).mp3 | Something Corporate | 8,997KB | Audio | |
| Blazin_Cutie524@fileshare | Matchbox 20 - Disease.mp3 | matchbox twenty | 3,486KB | Audio | |
| Blazin_Cutie524@fileshare | Matchbox 20 - Bent.mp3 | Matchbox Twenty | 3,012KB | Audio | |
| Blazin_Cutie524@fileshare | Pat Green - Wave on Wave.mp3 | Pat Green | 3,727KB | Audio | |
| Blazin_Cutie524@fileshare | Pat Green - Whiskey.mp3 | Pat Green | 4,550KB | Audio | H |
| Blazin_Cutie524@fileshare | a1(Dawsons Creek) - Heaven By Your Side.mp3 | A | 4,134KB | Audio | |
| Blazin_Cutie524@fileshare | Michelle Branch - Goodbye To You.mp3 | artist | 4,160KB | Audio | |
| Blazin_Cutie524@fileshare | Matchbox 20 - Mad Season.mp3 | Matchbox 20 | 4,716KB | Audio | |
| Blazin_Cutie524@fileshare | Daryl Worley - I Miss My Friend.mp3 | Daryl Worley | 2,463KB | Audio | Nobo |
| Blazin_Cutie524@fileshare | Babyface - Nobody Knows It But Me.mp3 | Babyface | 4,785KB | Audio | |
| Blazin_Cutie524@fileshare | Match Box Twenty - Rain Maker.mp3 | Matchbox 20 | 3,169KB | Audio | |
| Blazin_Cutie524@fileshare | Dru Hill - One Good Reason.mp3 | Dru Hill | 3,600KB | Audio | |
| Blazin_Cutie524@fileshare | Dru Hill - Somebody's Sleeping in My Bed.mp3 | Dru Hill | 4,487KB | Audio | |
| Blazin_Cutie524@fileshare | Michelle Branch - Breathe.mp3 | Michelle Branch | 3,311KB | Audio | |
| Blazin_Cutie524@fileshare | George Strait - Check Yes Or No.mp3 | John Michael Montgomery | 3,129KB | Audio | |
| Blazin_Cutie524@fileshare | Sara Evans - I Keep Looking.mp3 | Sara Evans | 4,326KB | Audio | |
| Blazin_Cutie524@fileshare | Semisonic - Secret Smile.mp3 | Semisonic | 4,330KB | Audio | |
| Blazin_Cutie524@fileshare | Lifehouse - Somewhere In Between.mp3 | Lifehouse | 3,978KB | Audio | Some |
| Blazin_Cutie524@fileshare | Memphis Bleek - Regular Cat.mp3 | Memphis Bleek | 2,452KB | Audio | |

Found 1394 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Memphis Bleek - Regular Cat.mp3 | Memphis Bleek | 2,430KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - Drop In The Ocean.mp3 | Michelle Branch | 4,029KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - Here With Me.mp3 | Michelle Branch | 3,208KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - You Get Me.mp3 | Michelle Branch | 3,710KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - You Set Me Free.mp3 | Michelle Branch | 2,989KB | Audio |
| Blazin_Cutie524@fileshare | Pat Green - Who's To Say.mp3 | Pat Green | 4,455KB | Audio |
| Blazin_Cutie524@fileshare | Mariah Carey - Underneath The Stars.mp3 | Mariah Carey | 2,499KB | Audio |
| Blazin_Cutie524@fileshare | Dirty - Rollin Vogues.mp3 | Dirty | 3,612KB | Audio |
| Blazin_Cutie524@fileshare | Good Charlotte - Complicated.mp3 | Good Charlotte | 2,893KB | Audio |
| Blazin_Cutie524@fileshare | Incubus - Drive.mp3 | Incubus | 3,624KB | Audio |
| Blazin_Cutie524@fileshare | Big Tymers - Wheels Keep Spinning.mp3 | Bird Man | 4,051KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - Leap Of Faith.mp3 | Michelle Branch | 3,902KB | Audio |
| Blazin_Cutie524@fileshare | what the world means to you.mp3 | Camron | 3,372KB | Audio |
| Blazin_Cutie524@fileshare | Ingram Hill - Closer.mp3 | Ingram Hill | 3,358KB | Audio |
| Blazin_Cutie524@fileshare | Mr Bigg - Time to go to trial.mp3 | Mr Bigg | 5,148KB | Audio |
| Blazin_Cutie524@fileshare | The Last Mr. Bigg - Hoe Check.mp3 | Mr Bigg | 4,648KB | Audio |
| Blazin_Cutie524@fileshare | KC and Jojo - Tell Me Its Real.mp3 | A | 2,920KB | Audio |
| Blazin_Cutie524@fileshare | MAD TV - Kenny Rodgers' Jackass.mpg | Mad TV | 47,317KB | Video |
| Blazin_Cutie524@fileshare | Clay Walker - This Woman And This Man.mp3 | Clay Walker | 3,089KB | Audio |
| Blazin_Cutie524@fileshare | Jodeci - You and I.mp3 | Jodeci | 3,823KB | Audio |
| Blazin_Cutie524@fileshare | Jagged Edge - Lets Get Married.mp3 | Jagged Edge | 4,110KB | Audio |
| Blazin_Cutie524@fileshare | Chingy Feat. Ludacris - Holiday Inn.MP3 | Chingy Feat. Ludacris 5... | 2,128KB | Audio |
| Blazin_Cutie524@fileshare | Diamond Rio - One More Day With You.mp3 | Diamond Rio | 3,427KB | Audio |
| Blazin_Cutie524@fileshare | Jay-Z - Brush Ya Shoulders Off.mp3 | Jay Z | 3,832KB | Audio |
| Blazin_Cutie524@fileshare | Good Charlotte - Wondering.mp3 | good charlotte | 3,362KB | Audio |
| Blazin_Cutie524@fileshare | Jodeci - Freakin' You.mp3 | Jodeci | 4,923KB | Audio |
| Blazin_Cutie524@fileshare | Diamond Rio - Wrinkles.mp3 | Diamond Rio | 2,956KB | Audio |
| Blazin_Cutie524@fileshare | Jc Chasez - Some Girls Dance with Women.mp3 | JC Chasez | 3,612KB | Audio |
| Blazin_Cutie524@fileshare | Tyrese - Lately.mp3 | Tyrese | 4,165KB | Audio |

Found 1994 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Downloaded | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cute524@fileshare | Tyrese - Lately.mp3 | Tyrese | 4,165KB | Audio |
| Blazin_Cute524@fileshare | Dixie Chicks - You Can't Hurry Love.mp3 | Dixie Chicks | 2,918KB | Audio |
| Blazin_Cute524@fileshare | dixie chicks - without you.mp3 | Dixie Chicks | 3,312KB | Audio |
| Blazin_Cute524@fileshare | Tyrese - Signs of Love Making.mp3 | Tyrese | 3,876KB | Audio |
| Blazin_Cute524@fileshare | Jennifer Love Hewitt - Barenaked.mp3 | Jennifer Love Hewitt | 3,419KB | Audio |
| Blazin_Cute524@fileshare | avant - making good love.mp3 | Avant | 2,098KB | Audio |
| Blazin_Cute524@fileshare | Seether - 12- broken(CD).mp3 | Seether | 6,112KB | Audio |
| Blazin_Cute524@fileshare | You oughta know.mp3 | Alanis Morissette/hit colle... | 3,415KB | Audio |
| Blazin_Cute524@fileshare | Remember the Titans - Ain't No Mountain High Enough.mp3 | Remember the Titans | 2,324KB | Audio |
| Blazin_Cute524@fileshare | Jodeci - Do You Believe In Love.mp3 | 3 | 4,498KB | Audio |
| Blazin_Cute524@fileshare | Mandy Moore - Cry (A Walk To Remember soundtrack).mp3 | Mandy Moore | 3,491KB | Audio |
| Blazin_Cute524@fileshare | Edwin Mccain - Romeo and Juliet.mp3 | Edwin McCain | 7,465KB | Audio |
| Blazin_Cute524@fileshare | I Could Not Ask For Any More - Edwin McCain.mp3 | Edwin McCain | 3,262KB | Audio |
| Blazin_Cute524@fileshare | thankgod_remix.mp3 | Mariah Carey feat Joe ... | 4,802KB | Audio |
| Blazin_Cute524@fileshare | Good Charlotte - Emotionless.mp3 | good charlotte | 3,848KB | Audio |
| Blazin_Cute524@fileshare | Lillix - Tomorrow.mp3 | Lillix | 3,485KB | Audio |
| Blazin_Cute524@fileshare | Ginuwine, R.L, Tyrese, Case - The Best Man I Can Be.mp3 | Ginuwine | 5,327KB | Audio |
| Blazin_Cute524@fileshare | DJ Sammy - Heaven(Candlelight Remix).mp3 | Dj Sammy | 3,840KB | Audio |
| Blazin_Cute524@fileshare | Googoo Dolls - Everything You Are.mp3 | Goo Goo Dolls | 2,547KB | Audio |
| Blazin_Cute524@fileshare | DJSammyYanou_Heaven.mp3 | DJ Sammy_Yanou feat. ... | 4,953KB | Audio |
| Blazin_Cute524@fileshare | DJ Sammy - Heaven (Candlelight Remix).mp3 | DJ Sammy | 2,844KB | Audio |
| Blazin_Cute524@fileshare | Beam_Yanou - Heaven(Candlelight Remix).mp3 | DJ Sammy | 3,793KB | Audio |
| Blazin_Cute524@fileshare | 504 Boyz- I Can Tell.mp3 | 504 Boyz (ft. Mercedes) | 3,374KB | Audio |
| Blazin_Cute524@fileshare | Nickel Creek - Reasons Why.mp3 | Nickel Creek | 3,884KB | Audio |
| Blazin_Cute524@fileshare | Eminem - Rabbit Vs. Papa Doc Video.mpg | Eminem | 17,816KB | Video |
| Blazin_Cute524@fileshare | Rufio- One Slow Dance.mp3 | Rufio | 3,728KB | Audio |
| Blazin_Cute524@fileshare | Selena - Dreaming of You.mp3 | Selena | 2,453KB | Audio |
| Blazin_Cute524@fileshare | Selena - Missing My Baby.mp3 | Selena | 3,953KB | Audio |
| Blazin_Cute524@fileshare | Breaking Benjamin - Polyamorous.mp3 | Breaking Benjamin | | |

Found 1394 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Breaking Benjamin - Polyamorous.mp3 | Breaking Benjamin | 2,864KB | Audio |
| Blazin_Cutie524@fileshare | Boxcar Racers - There Is.mp3 | Box Car Racer | 2,694KB | Audio |
| Blazin_Cutie524@fileshare | Dashboard Confessionals-This Brilliant Dance.mp3 | Dashboard Confessional | 2,849KB | Audio |
| Blazin_Cutie524@fileshare | Kiley Dean - Who Will I Run To.mp3 | Kiley Dean | 3,753KB | Audio |
| Blazin_Cutie524@fileshare | Leann Rimes - But I Do Love You.mp3 | Leann Rimes | 2,360KB | Audio |
| Blazin_Cutie524@fileshare | Hootie and the Blow Fish - Hold My Hand.mp3 | Hootie and the Blowfish | 3,997KB | Audio |
| Blazin_Cutie524@fileshare | Lil John_The Eastside Boys - Oh na na.mp3 | Lil Jon and The Eastside B... | 4,533KB | Audio |
| Blazin_Cutie524@fileshare | Hootie_the Blow fish - Every Time I Look Around.mp3 | Hootie and the Blowfish | 2,945KB | Audio |
| Blazin_Cutie524@fileshare | Maria Carey - Butterfly.mp3 | Mariah Carey | 3,112KB | Audio |
| Blazin_Cutie524@fileshare | Hoobastank - Running Away.mp3 | Hoobastank | 2,787KB | Audio |
| Blazin_Cutie524@fileshare | LinkinPark - I'm About To Break.mp3 | Linkin Park | 2,433KB | Audio |
| Blazin_Cutie524@fileshare | Linkin Park - My Reason.mp3 | Spiritfall | 5,162KB | Audio |
| Blazin_Cutie524@fileshare | Britney Spears - Everytime (Album Verison).mp3 | Britney Spears | 3,698KB | Audio |
| Blazin_Cutie524@fileshare | Ja Rule feat. Christina Milan- Between You and Me.mp3 | Ja Rule | 3,906KB | Audio |
| Blazin_Cutie524@fileshare | Live - Heeven.mp3 | Live | 3,594KB | Audio |
| Blazin_Cutie524@fileshare | Foo Fighters - All My Life.mp3 | Foo Fighters | 3,927KB | Audio |
| Blazin_Cutie524@fileshare | Rkely - Feeling On Your Booty (remix).mp3.mp3 | R Kelly | 2,364KB | Audio |
| Blazin_Cutie524@fileshare | Britney_Spears-Everytime-WoB.mpg | Britney Spears | 37,774KB | Video |
| Blazin_Cutie524@fileshare | Rkely - The World's Greatest.mp3 | R. Kelly | 3,712KB | Audio |
| Blazin_Cutie524@fileshare | Rascal Flatts - This Everyday Love.mpg | Rascal Flatts | 31,019KB | Video |
| Blazin_Cutie524@fileshare | Keith Urban - Raining On Sunday.mpg | Keith Urban | 81,040KB | Video |
| Blazin_Cutie524@fileshare | Simple Plan - When I'm With You.mp3 | Simple Plan | 2,482KB | Audio |
| Blazin_Cutie524@fileshare | Ludacris Feat. Lil John - Stop Trippin On Me.mp3 | LIL' JON F. LUDACRIS | 3,135KB | Audio |
| Blazin_Cutie524@fileshare | Ying Yang Twins - Say Yi Yi Yi.mp3 | Ying Yang Twins | 4,207KB | Audio |
| Blazin_Cutie524@fileshare | Kenney Chesney - Back Where I Come From.mp3 | Kenny Chesney | 4,011KB | Audio |
| Blazin_Cutie524@fileshare | 03 Take My Breath Away.wma | Jessica Simpson | 3,083KB | Audio |
| Blazin_Cutie524@fileshare | Tim Mcgraw - Why We Said Goodbye.mp3 | Tim Mcgraw | 3,478KB | Audio |
| Blazin_Cutie524@fileshare | Chris Cagle - If This Is Austin.mp3 | Chris Cagle | 3,210KB | Audio |
| Blazin_Cutie524@fileshare | Jennifer Love Hewitt - BareNakedZone).mpg | Jennifer Love Hewitt | 50,653KB | Video |

3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

Found 1904 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Jennifer Love Hewitt - BareNaked(Zone).mpg | Jennifer Love Hewitt | 52,886KB | Video |
| Blazin_Cutie524@fileshare | 02-Throw It Up.mp3 | Lil Jon | 5,829KB | Audio |
| Blazin_Cutie524@fileshare | Three Six Mafia - Who Run It.mp3 | 36 Mafia | 4,478KB | Audio |
| Blazin_Cutie524@fileshare | Frayser Boy-NanOther (1).mp3 | Frayser Boy | 4,284KB | Audio |
| Blazin_Cutie524@fileshare | Tim Magraw- Angel In My Eye.mp3 | Tim McGraw | 3,834KB | Audio |
| Blazin_Cutie524@fileshare | Allison Krouse-When You Say Nothing At All.mp3 | Allison Krouse | 4,106KB | Audio |
| Blazin_Cutie524@fileshare | Tim RushNow - She Misses Him.mp3 | Tim Rushlow | 3,594KB | Audio |
| Blazin_Cutie524@fileshare | 98 Degrees - I will still love you.MP3 | 98 Degrees | 4,644KB | Audio |
| Blazin_Cutie524@fileshare | Ingram Hill - Will I Ever Make It Home.mp3 | Ingram Hill | 3,700KB | Audio |
| Blazin_Cutie524@fileshare | 5. The Quiet Things Noone Ever Knows.mp3 | Brand New | 5,796KB | Audio |
| Blazin_Cutie524@fileshare | Keith Urban - Who Wouldnt Want To Be Me.mp3 | Keith Urban | 4,015KB | Audio |
| Blazin_Cutie524@fileshare | Leann Rimes - How Do I Live.mp3 | Leann Rimes | 4,178KB | Audio |
| Blazin_Cutie524@fileshare | Lil Bow Wow Feat. Sammie, Lil Zane and lil Wayne - Hard Ba... | Lil Rascals | 3,758KB | Audio |
| Blazin_Cutie524@fileshare | Lil John_The Eastside Boyz - Nothins Free.mp3 | Lil Jon_The Eastside Boyz | 4,181KB | Audio |
| Blazin_Cutie524@fileshare | Lilix - It's About Time.mp3 | Lilix | 4,015KB | Audio |
| Blazin_Cutie524@fileshare | Lynyrd Skynyrd - Sweet Home Alabama.mp3 | Lynyrd Skynyrd | 3,458KB | Audio |
| Blazin_Cutie524@fileshare | Nick Cannon - Shorty.mp3 | Busta Rhymes Feat Ching... | 4,415KB | Audio |
| Blazin_Cutie524@fileshare | Nickel Creek - Lighthouse Tale.mp3 | NickelCreek | 2,458KB | Audio |
| Blazin_Cutie524@fileshare | Nickel Creek - When You Come Back Down (1).mp3 | nickelcreek | 4,714KB | Audio |
| Blazin_Cutie524@fileshare | OTown - All or Nothing.mp3 | O-Town | 1,794KB | Audio |
| Blazin_Cutie524@fileshare | Pastor Troy-Vice Versa.mp3 | Pastor Troy | 3,299KB | Audio |
| Blazin_Cutie524@fileshare | Pat Green - We've All Got Our Reasons.mp3 | Pat Green | 4,154KB | Audio |
| Blazin_Cutie524@fileshare | Rkelly - Thoia Thoing.wma | R. kelly feat Baby/Busta... | 3,172KB | Audio |
| Blazin_Cutie524@fileshare | Third Day - Love Song.mp3 | Third Day | 2,778KB | Audio |
| Blazin_Cutie524@fileshare | Three six mafia - Hit A Mother Fucker (1).mp3 | Three Six Mafia | 3,650KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Grown Men don't Cry.mp3 | Tim McGraw | 3,714KB | Audio |
| 2 Users | Tim Mcgraw - One of These Days (1).mp3 | Tim McGraw - siam.to/tha... | 3,598KB | Audio |
| Blazin_Cutie524@fileshare | Tim McGraw - Red Rag Top (1).mp3 | tim mcgraw | 4,399KB | Audio |
| Blazin_Cutie524@fileshare | Tim Mcgraw - The Best Day Of My Life.mp3 | Tim Mcgraw | 3,946KB | Audio |

Found 1304 files | 3,475,220 users online, sharing 546,425,712 files (5,498,752 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Tim Mcgraw - The Best Day Of My Life.mp3 | Tim Mcgraw | 3,194KB | Audio |
| Blazin_Cutie524@fileshare | Tom Petty - Life is a Highway.mp3 | Tom Petty | 2,724KB | Audio |
| Blazin_Cutie524@fileshare | Tyrese - Fallin In Love With You.mp3 | Tyrese | 4,366KB | Audio |
| Blazin_Cutie524@fileshare | Weekend Excursion - Getting By.mp3 | Weekend Excursion | 4,919KB | Audio |
| Blazin_Cutie524@fileshare | Rodney Atkins - Honesty.mp3 | Rodney Atkins | 3,973KB | Audio |
| Blazin_Cutie524@fileshare | Incubus- Wish You Were Here.mp3 | Incubus | 1,670KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,438KB | Audio |
| Blazin_Cutie524@fileshare | U Got it bad.MP3 | Usher | 2,936KB | Audio |
| Blazin_Cutie524@fileshare | Kelly Clarkson - Low.mp3 | Kelly Clarkson | 3,268KB | Audio |
| Blazin_Cutie524@fileshare | Fall Out Boy - Growing Up.mp3 | Fall Out Boy | 2,765KB | Audio |
| Blazin_Cutie524@fileshare | goo goo dolls - Dawsons Creek.mp3 | Goo Goo Dolls | 1,832KB | Audio |
| Blazin_Cutie524@fileshare | It's Been Awhile.mp3 | Staind | 4,166KB | Audio |
| Blazin_Cutie524@fileshare | jessica simpsons-irresistable-neal!.MP3 | Jessica Simpson | 2,994KB | Audio |
| Blazin_Cutie524@fileshare | Kellie Coffey - When You Lie Next To Me.mp3 | Kellie Coffey | 3,766KB | Audio |
| Blazin_Cutie524@fileshare | Reba Mcntire - Is There Life Out There.mp3 | Reba McEntire | 2,952KB | Audio |
| Blazin_Cutie524@fileshare | Shania Twain - You're Still The One.mp3 | SHANIA TWAIN | 3,313KB | Audio |
| Blazin_Cutie524@fileshare | Verve Pipe - The Freshman.mp3 | Verve Pipe | 4,199KB | Audio |
| Blazin_Cutie524@fileshare | 2 Pac - Baby Dont Cry.mp3 | Tupac | 4,130KB | Audio |
| Blazin_Cutie524@fileshare | All Saints - Never Ever.mp3 | All Saints | 4,916KB | Audio |
| Blazin_Cutie524@fileshare | Changes.mp3 | 2 Pac | 2,100KB | Audio |
| Blazin_Cutie524@fileshare | Edwin McCain - I'll Be.mp3 | Edwin McCain | 5,110KB | Audio |
| Blazin_Cutie524@fileshare | Tupac - All Eyes On Me.mp3 | Tupac | 4,810KB | Audio |
| Blazin_Cutie524@fileshare | Oasis - Wonderwall.mp3 | Oasis | 4,043KB | Audio |
| Blazin_Cutie524@fileshare | Michelle Branch - Are You Happy Now.mp3 | Artist | 3,618KB | Audio |
| Blazin_Cutie524@fileshare | Beatles - All You Need Is Love.mp3 | The Beatles | 3,559KB | Audio |
| Blazin_Cutie524@fileshare | Bryan Adams - Everything I do.mp3 | Bryan Adams | 5,413KB | Audio |
| Blazin_Cutie524@fileshare | A Thousand Miles - Vanessa Carlton.mp3 | Vanessa Carlton | 2,805KB | Audio |
| Blazin_Cutie524@fileshare | Allison Krauss - When You Say Nothing At All.mp3 | Alison Krauss | 4,035KB | Audio |
| Blazin_Cutie524@fileshare | Foo Fighters - Bye Bye One - G4 - Times Life These.mp3 | Foo Fighters | 4,012KB | Audio |

Found 1304 files    3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)    Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Blazin_Cutie524@fileshare | Foo Fighters - One By One - 04 - Times Like These.mp3 | Foo Fighters | 4,012KB | Audio | |
| Blazin_Cutie524@fileshare | Tonic - If You Could Only See (Acoustic).mp3 | Tonic | 3,993KB | Audio | If You Could O |
| Blazin_Cutie524@fileshare | Mandy Moore - 07 - Crush L4M MP3Pro.mp3 | Mandy Moore | 1,742KB | Audio | |
| Blazin_Cutie524@fileshare | Aqua - Candyman.mp3 | Aqua | 2,936KB | Audio | |
| Blazin_Cutie524@fileshare | Doctor Jones-Aqua.mp3 | Aqua | 3,177KB | Audio | |
| Blazin_Cutie524@fileshare | Janet Jackson - Together Again..mpg | Janet Jackson | 44,069KB | Video | |
| Blazin_Cutie524@fileshare | Britney Spears - Sometimes.mp3 | Britney Spears | 3,853KB | Audio | |
| Blazin_Cutie524@fileshare | Project Pat - If Ya Aint From My Hood.mp3 | Project Pat | 4,724KB | Audio | If Ya |
| Blazin_Cutie524@fileshare | Project Pat. - Twanky Twanky.mp3 | Project Phat | 3,779KB | Audio | |
| Blazin_Cutie524@fileshare | Project Pat- Yea Nigga Yea nigga.mp3 | Project Pat | 3,965KB | Audio | Ye |
| Blazin_Cutie524@fileshare | Simple Plan - Don't Wanna Think About You.mp3 | Simple Plan | 3,222KB | Audio | Dont wan |
| Blazin_Cutie524@fileshare | Mandy Moore - Have A Little Faith In Me.wma | Mandy Moore | 2,390KB | Audio | Have |
| Blazin_Cutie524@fileshare | Dave Mathews Band - Crush.mp3 | Dave Matthews Band | 3,894KB | Audio | |
| Blazin_Cutie524@fileshare | Mandy Moore- Broken Promises.mp3 | Mandy Moore | 3,395KB | Audio | |
| Blazin_Cutie524@fileshare | Mandy Moore--I Wanna Be With You.mp3 | Mandy Moore | 1,993KB | Audio | I |
| Blazin_Cutie524@fileshare | michelle branch - Desperately.mp3 | Michelle Branch | 2,522KB | Audio | |
| Blazin_Cutie524@fileshare | Sister Hazel - Champagne High.mp3 | MP3 | 5,019KB | Audio | |
| Blazin_Cutie524@fileshare | r Kelly - Thola Thoing.wma | R. Kelly feat Baby/Busta... | 2,778KB | Audio | Th |
| Blazin_Cutie524@fileshare | Tyrese - Act Like That.mp3 | Tyrese | 4,450KB | Audio | How You C |
| Blazin_Cutie524@fileshare | Kilo Ali - Love In Ya Mouth.mp3 | Kilo Ali | 3,854KB | Audio | I |
| Blazin_Cutie524@fileshare | Kilo Ali - Lost Y'all Mind.mp3 | Kilo Ali | 4,420KB | Audio | Kik |
| Blazin_Cutie524@fileshare | 04 I Promise.wma | Stace Orrico | 4,047KB | Audio | |
| Blazin_Cutie524@fileshare | George Strait - I Cross My Heart.mp3 | George Straight | 2,800KB | Audio | |
| Blazin_Cutie524@fileshare | Chris Cagle - What A Beautiful Day.wma | Chris Cagle | 4,585KB | Audio | W |
| Blazin_Cutie524@fileshare | Goo Goo Dolls - Iris.mp3 | Goo Goo Dolls | 3,999KB | Audio | |
| Blazin_Cutie524@fileshare | Tonic - The Way She Loves Me.mp3 | Tonic | 4,121KB | Audio | The |
| Blazin_Cutie524@fileshare | 12 Michelle Branch - Til I Get Over You.mp3 | Michelle Branch | 3,912KB | Audio | |
| Blazin_Cutie524@fileshare | Creed - With Arms Wide Open.mp3 | Creed | 4,324KB | Audio | Wit |
| Blazin_Cutie524@fileshare | Justin Timberlake - Rock Your Body.mp3 | Justin Timberlake | 3,159KB | Audio | |

Found 1304 files   3,475,220 users online, sharing 546,425,712 files (5,498,752 GB)   Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Blazin_Cube524@fileshare | Project Pat- Yee Nigga Yee nigga.mp3 | Project Pat | 3,965KB | Audio |
| Blazin_Cube524@fileshare | Simple Plan - Dont Wanna Think About You.mp3 | Simple Plan | 3,222KB | Audio |
| Blazin_Cube524@fileshare | Mandy Moore - Have A Little Faith In Me.wma | Mandy Moore | 2,390KB | Audio |
| Blazin_Cube524@fileshare | Dave Mathews Band - Crush.mp3 | Dave Mathews Band | 3,894KB | Audio |
| Blazin_Cube524@fileshare | Mandy Moore- Broken Promises.mp3 | Mandy Moore | 3,359KB | Audio |
| Blazin_Cube524@fileshare | Mandy Moore--I Wanna Be With You.mp3 | Mandy Moore | 1,993KB | Audio |
| Blazin_Cube524@fileshare | michelle branch - Desperately.mp3 | Michelle Branch | 2,522KB | Audio |
| Blazin_Cube524@fileshare | Sister Hazel - Champagne High.mp3 | MP3 | 5,019KB | Audio |
| Blazin_Cube524@fileshare | r kelly - Thoia Thoing.wma | R. Kelly feat Baby/Busta… | 2,778KB | Audio |
| Blazin_Cube524@fileshare | Tyrese - Act Like That.mp3 | Tyrese | 4,450KB | Audio |
| Blazin_Cube524@fileshare | Kilo Ali - Love In Ya Mouth.mp3 | Kilo Ali | 3,654KB | Audio |
| Blazin_Cube524@fileshare | Kilo Ali - Lost Y'all Mind.mp3 | Kilo Ali | 4,142KB | Audio |
| Blazin_Cube524@fileshare | 04 I Promise.wma | Stacie Orrico | 4,047KB | Audio |
| Blazin_Cube524@fileshare | George Strait - I Cross My Heart.mp3 | George Straight | 2,802KB | Audio |
| Blazin_Cube524@fileshare | Chris Cagle - What A Beautiful Day.wma | Chris Cagle | 4,598KB | Audio |
| Blazin_Cube524@fileshare | Goo Goo Dolls - Iris.mp3 | Goo Goo Dolls | 3,999KB | Audio |
| Blazin_Cube524@fileshare | Tonic - The Way She Loves Me.mp3 | Tonic | 4,121KB | Audio |
| Blazin_Cube524@fileshare | 12 Michelle Branch - Til I Get Over You.mp3 | Michelle Branch | 3,912KB | Audio |
| Blazin_Cube524@fileshare | Creed - With Arms Wide Open.mp3 | Creed | 4,324KB | Audio |
| Blazin_Cube524@fileshare | Justin Timberlake - Rock Your Body.mp3 | Justin Timberlake | 3,159KB | Audio |
| Blazin_Cube524@fileshare | Mercy Me - Ain't No Rock.mp3 | Mercy Me | 3,246KB | Audio |
| Blazin_Cube524@fileshare | Mercy Me - I Can Only Imagine.mp3 | Mercy Me | 3,906KB | Audio |
| Blazin_Cube524@fileshare | Mercy Me - Keeper of my Heart.mp3 | Mercy Me | 4,346KB | Audio |
| Blazin_Cube524@fileshare | mya - things come and go.mp3 | Mya | 3,714KB | Audio |
| Blazin_Cube524@fileshare | Nickel Creek - I Should've Known Better.mp3 | Nickel Creek | 4,182KB | Audio |
| Blazin_Cube524@fileshare | Third Day - Nothing Compares.mp3 | Third Day | 3,596KB | Audio |
| Blazin_Cube524@fileshare | Tim Rushlow - I Can't Be Your Friend (1).mp3 | Rushlow | 3,212KB | Audio |
| Blazin_Cube524@fileshare | 06 - Jolene.mp3 | Mindy Smith | 3,972KB | Audio |