**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 6, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Maverick Recording Co., et al   vs.  Holly Stroh
Civil Action No.  2:05-cv-598 (M)

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-598 (F).  This new case number should be used on all future correspondence and pleadings in this action.