UNITED STATES DISTRICT COURT
Middle District of Alabama

MAVERICK RECORDING COMPANY, )
a California joint venture; WARNER )
BROS. RECORDS INC., a Delaware )
Corporation; VIRGIN RECORDS )
AMERICA, INC., a California )
corporation; SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership; BMG MUSIC, a New York )
general partnership; UMG )
RECORDINS, INC., a Delaware )
Corporation; and ARISTA RECORDS )
LLC, Delaware limited liability company, )
)
V. )   Case No: 2:05CV598-M
)
HOLLY STROH. )

## NOTICE OF BANKRUPTCY

**COMES NOW,** Holly Stroh, Defendant in the above-styled cause, and hereby gives notice that on September 19, 2005, she filed a Bankruptcy Petition, Case No. 05-32840, in the United States Bankruptcy Court for the Middle District of Alabama pursuant to Chapter 7, Title 11, of the United States Code. The Plaintiffs in this case are pre-petition creditors to the filing of the Defendant's bankruptcy schedules.

**WHEREFORE,** the Defendant prays that all further action in this cause be automatically stayed pursuant to the Bankruptcy Code.

Respectfully submitted this the 20 day of September, 2005.

/s/ John Mark Padgett
John Mark Padgett (PAD012)
Attorney for the Debtor
Battaglia Law Office, LLC
4150-A Carmichael Road
Montgomery, AL 36106
(334) 244-2983

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Bankruptcy on the following, by placing the same in the United States Mail, postage prepaid and properly addressed, on this the 20 day of September, 2005.

Dorman Walker
Leslie E. Williams
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, Alabama 36104

/s/ John Mark Padgett
John Mark Padgett