IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:05-cv-598-F ) |
| HOLLY STROH, | ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Suggestion of Bankruptcy filed by Defendant, Holly Stroh, on September 22, 2005 (Doc. # 5), it is hereby

ORDERED that any opposing party shall show cause, if any there be, on or before October 7, 2005, why the attached order should not be entered.

DONE this 29th day of September, 2005.

                                                     /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-598-F ) |
| HOLLY STROH, | ) ) |
| Defendant. | ) |

## ORDER

The Defendant, Holly Stroh, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That Defendant, Holly Stroh, is hereby DISMISSED without prejudice from the above-styled case. Any party has the right to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

The Clerk of the Court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this day of September, 2004.